Case 1:03-cv-00051   Document 1   Filed in TXSD on 03/10/2003   Page 1 of 20

United States District Court
Southern District of Texas
FILED

MAR 1 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ and | * | |
| GREGORIA RAMIREZ | * | |
| | * | CIVIL ACTION NO. B-03-051 |
| VS. | * | |
| | * | |
| FORD MOTOR COMPANY | * | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW FORD MOTOR COMPANY, Defendant in the above entitled and numbered cause, and files this its Notice of Removal of the present cause from the County Court at Law No. 1 of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court as follows:

1. This cause was commenced in the County Court at Law No. 1 of Cameron County, Texas, on February 18, 2003, when Plaintiffs' Original Petition was filed in Cause Number 2003-CCL-148-A. A copy of Plaintiffs' Original Petition is attached hereto and incorporated herein for all purposes to this Notice of Removal.

2. Defendant Ford Motor Company was served with a copy of the Plaintiffs' Original Petition through its registered agent, CT Corporation System, on February 21, 2003. A copy of the Citation served on Defendant indicating date of service is attached hereto and incorporated herein for all purposes.

3. This is a civil action for damages allegedly incurred by Plaintiffs in a fire which occurred at their house in Brownsville, Cameron County, Texas on August 12, 2001. Plaintiffs contend that the fire began in a 1997 Ford F-150 pickup truck and allege a cause of action under the Texas Deceptive Trade Practices Act.

4. Plaintiffs allege in Plaintiffs' Original Petition that they are residents of Cameron County, Texas. Plaintiffs are therefore citizens of Texas.

5. Defendant Ford Motor Company is a foreign corporation, incorporated in the State of Delaware, with its principal place of business in Michigan.

6. For the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441, complete diversity of citizenship existed at the time this lawsuit was filed and now exists between the adverse parties in the present cause.

7. Defendant would further show the Court that in Paragraph 8 of Plaintiffs' Original Petition, Plaintiffs state that they are seeking damages from Defendant in excess of $250,000.00.

8. Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioners to Plaintiffs and their counsel has been provided as required by law. A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

9. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of service of Plaintiffs' Original Petition on Defendant and within one year of the initial filing of the lawsuit.

10. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for removal of the above entitled and numbered cause from the County Court at Law No. 1 of Cameron County, Texas to this Honorable Court.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Alison D. Kennamer
Attorney-in-Charge
State Bar No. 11280400
Federal Admissions No. 12023
    Jaime A. Saenz
State Bar No. 17514859
Federal Admissions No. 7630
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

    Barry R. Benton
    284 Ebony Avenue
    Brownsville, Texas 78520
    Attorneys for Plaintiffs

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 10th day of March, 2003.

_____
Alison D. Kennamer

```
RUN DATE 03/07/03                                                                              PAGE: 01
RUN TIME  1:42 PM                                                                              2003-CCL-00148-A

              *    *    *    C L E R K ' S    E N T R I E S    *    *    *

JULIO CESAR RAMIREZ AND GREGORIA RAMIREZ            (06)                           02    18    03

             VS                             SUIT ON BREACH OF CONTRACT

FORD MOTOR COMPANY                   (00003101) HON. BARRY R. BENTON

                                   02/18/03  ORIGINAL PETITION FILED
                                   02/18/03  CITATION (CM): FORD MOTOR COMPANY
                                   02/18/03         SERVED: 02/21/03  FILED: 02/28/03
                                   02/18/03  CITATION MAILED TO FORD MOTOR COMPANY
                                                                                MM
                                   02/18/03  COPY OF PETITION AND RECEIPT IN P/U
                                             BOX.                               MM
```

CAUSE NO. 2003-CCL-14

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ and | * | IN THE COUNTY COURT |
| GREGORIA RAMIREZ | * | |
| | * | AT LAW NO. _____ |
| VS. | * | |
| | * | |
| FORD MOTOR COMPANY | * | OF CAMERON COUNTY, TEXAS |

FILED FOR RECORD
AT ___ O'CLOCK ___ M
FEB 18 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JULIO CESAR RAMIREZ and GREGORIA RAMIREZ, Plaintiffs, complaining of FORD MOTOR COMPANY, hereinafter "Defendant", and for cause of action would respectfully show as follows:

1.

Discovery in this action shall be conducted under Rule 190.3 of the Texas Rules of Civil Procedure.

2.

Plaintiffs are residents of Cameron County, Texas.

3.

Defendant is a foreign corporation doing business in Cameron County, Texas, and may be served with by serving its registered agent, CT Corp, at its registered address for service of process, 350 N. St. Paul, Dallas, Texas, 75201.

4.

This suit is filed pursuant to the provisions of Tex. Bus. & Com. Code Ann. Sec. 17.41 et seq., commonly known as the Deceptive Trade Practices-Consumer Protection Act and hereinafter referred to as "D.T.P.A." upon the grounds that the acts or omissions described herein are prohibited by this statute.

5.

Written notice of the claims made herein have been given in the manner and form required by the D.T.P.A.

6.

Whenever in this petition it is alleged that Defendant did any act or thing it is meant that the Defendant's officers, agents, servants, employees or representatives did such act or thing and that at the time of such act or thing was done, it was done with the full authorization or ratification of Defendant, or it was done in the normal, routine course and scope of employment of Defendant's officers, agents, servants, employees or representatives.

7.

Plaintiffs purchased a 1997 Ford F-150 pickup truck, vehicle identification number 1FTEX17L4VNB59198, which was designed and manufactured by Defendant. On or about August 12, 2001, the vehicle

was driven and then parked in Plaintiffs' garage at 701 N. Indiana, Brownsville, Texas. Due to a defect in the pickup truck gasoline leaked and was ignited by the hot motor, causing a fire which ultimately gutted Plaintiffs' house.

8.

Said defect amounted to a breach of the implied warranty of merchantability in violation of section 17.50 (a) (2) of the DTPA and was a producing cause of the following damages:

a. Damage to Plaintiffs' house and its contents in the amount of $250,000.00;

b. Loss of use of Plaintiffs' home since the fire; and,

c. Extreme mental anguish and inconvenience.

9.

The unlawful acts and practices described-above were committed knowingly by Defendant.

10.

The undersigned attorney has been retained by Plaintiff to pursue the causes of action alleged herein. Pursuant to D.T.P.A. Sec. 17.50, all attorneys fees that are reasonable and necessary in this cause may be recovered by Plaintiff.

11.

WHEREFORE, Plaintiffs pray that Defendant be cited according to law to appear and answer herein and that after trial by jury that Plaintiffs have judgment against Defendant for those damages described-above in the full amount allowed by law, together with pre and post-judgment interest on such amount at the legal rate;

Plaintiffs further pray for additional damages pursuant to Section 17.50 of the D.T.P.A., in an amount not to exceed three times the amount of actual damages.

Plaintiffs further pray for attorneys fees that are reasonable and necessary in this cause as set-forth above, and for costs of court.

Plaintiffs further prays for such other and further relief to which Plaintiffs may be justly entitled.

Respectfully submitted,

*[signature: Barry Benton]*

BARRY R. BENTON
284 Ebony Avenue
Brownsville, Texas 78520
(210) 546-9900 Telephone
(210) 546-9997 Facsimile
State Bar No. 02176500
Cameron County I.D. No. 3101
ATTORNEY-IN-CHARGE FOR
PLAINTIFFS

COPY

Citation for Personal Service - BY CERTIFIED MAIL    Lit. Seq. # 5.003.01

No. 2003-CCL-00148-A

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: FORD MOTOR COMPANY
BY SERVING ITS REGISTERED AGENT: CT CORP
350 N. ST. PAUL
DALLAS, TEXAS 75201

the DEFENDANT, GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's ORIGINAL PETITION at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 1 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by HON. BARRY R. BENTON (Attorney for Plaintiff or Plaintiff), whose address is 284 EBONY AVE. BROWNSVILLE TX 78520 on the 18th day of FEBRUARY, A.D. 2003, in this case numbered 2003-CCL-00148-A on the docket of said court, and styled,

JULIO CESAR RAMIREZ AND GREGORIA RAMIREZ
vs.
FORD MOTOR COMPANY

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's ORIGINAL PETITION accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 18th day of FEBRUARY, A.D. 2003.

JOE G. RIVERA, County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _Mayra Medrano_, Deputy
     MAYRA MEDRANO

CERTIFICATE OF DELIVERY BY MAIL

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE |
|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation. Section 17.027, Rules of Civil Practice and Remedies Code, if prepared by Clerk of Court. |
| NAME OF PREPARER         TITLE |
| ADDRESS |
| CITY         STATE    ZIP |

I hereby certify that on the 18th of FEBRUARY, 2003, I mailed to

FORD MOTOR COMPANY

by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. 0027373417
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

JOE G. RIVERA, County Clerk
Cameron County, Texas

By: _Mayra Medrano_, Deputy
     MAYRA MEDRANO

CAUSE NO. 2003-CCL-148-A

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ and GREGORIA RAMIREZ | * * * | IN THE COUNTY COURT |
| VS. | * * | AT LAW NO. 1 |
| FORD MOTOR COMPANY | * | CAMERON COUNTY, TEXAS |

FILED FOR RECORD
AT ___ O'CLOCK ___ M
MAR 0 7 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
BY_____ Deputy

## DEFENDANT FORD MOTOR COMPANY'S ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW FORD MOTOR COMPANY, Defendant in the above entitled and numbered cause, and files this its Original Answer and Jury Demand in response to Plaintiffs' Original Petition, and in support thereof, would show the Court as follows:

I.

### GENERAL DENIAL

Defendant Ford Motor Company herein avails itself of the opportunity provided by Rule 92 of the Texas Rules of Civil Procedure to file a general denial herein; and in compliance with said Rule, Defendant denies each and every, all and singular, the material allegations contained in Plaintiffs' currently pending Petition, and states that these are matters that should be proven by Plaintiffs as required by law; and Defendant would require strict proof thereof.

II.

### AFFIRMATIVE DEFENSES

2.01 For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiffs' claims are barred, in whole or in part, due to the contributory negligence of Plaintiffs in that they failed to exercise ordinary care, caution and prudence to avoid the incident and injuries at issue.

Plaintiffs' acts and omissions, whether taken together or separately, proximately caused the injuries and damages to Plaintiffs which are alleged in Plaintiffs' petition.

2.02   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that if Plaintiffs were damaged as alleged, which is not admitted but is expressly denied, such damages were the result of an unavoidable accident.

2.03   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that the act or omission of a person other than Defendant was the sole proximate cause of the accident in question.

2.04   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that if Plaintiffs were injured as alleged, which is not admitted but is expressly denied, such injuries were caused or contributed to, in whole or in part, by a party for whom Defendant is not responsible.

2.05   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that the acts or omissions of Plaintiffs or other third parties were the sole proximate cause or a new and independent cause of the accident and injuries complained of in this lawsuit.

2.06   For further answer, if such be necessary, and pleading in the alternative, Defendant affirmatively alleges that the warranties and exclusions of warranties offered when the vehicle in question was purchased limited the liability of the sellers and manufacturers to their provisions, and Plaintiffs' allegations of damages exceed the scope of those warranties and exclusions.

2.07   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that Plaintiffs' claims are barred, in whole or in

part, because Plaintiffs failed to mitigate the effect of their alleged injuries and damages as required by law.

2.08   For further answer if such be necessary, and pleading in the alternative, Defendant further relies upon its rights in the event the evidence shows any spoliation of evidence by any party.

2.09   For further answer, if such be necessary, and pleading in the alternative, Defendant further affirmatively alleges that the damages in this case, if any, were proximately caused by the negligence of third parties and any recovery should be barred or diminished under the applicable provisions of the law.

2.10   For further answer, if such be necessary, and pleading in the alternative, Defendant further invokes the provisions of §33.001 of the Texas Civil Practice & Remedies Code. In this case, Defendant alleges that the negligence of Plaintiffs is fifty-one percent (51%) or greater, and therefore, no damages may be recovered from Defendant.

2.11   For further answer, if such be necessary, and pleading in the alternative, Defendant further invokes the provisions of §33.013 of the Texas Civil Practices & Remedies Code in the unlikely event that liability is established by the Plaintiffs in this cause.

2.12   For further answer, if such be necessary, and pleading in the alternative, Defendant further specifically denies that it is liable for prejudgment interest in this cause of action as pled by Plaintiffs.

2.13   For further answer, if such be necessary, and pleading in the alternative, Defendant further specifically denies that Plaintiffs are entitled to treble damages pursuant to Section 17.50 of the DTPA as alleged in their petition.

2.14 For further answer, if such be necessary, and pleading in the alternative, Defendant further specifically denies that Plaintiffs are entitled to attorney's fees as alleged in their petition.

### III.

### JURY DEMAND

Defendant hereby requests a trial by jury and tenders the jury fee herewith.

WHEREFORE, Defendant Ford Motor Company prays that upon final trial and hearing hereof, it have judgment in accordance with the law and facts as found by this Honorable Court and Jury, and for such other and further relief, legal or equitable, general or special, to which it may show itself justly entitled to receive.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Jaime A. Saenz
State Bar No. 17514859
Alison D. Kennamer
State Bar No. 11280400
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Ford Motor Company's Original Answer and Jury Demand was served upon all counsel of record, to-wit:

>Barry R. Benton
>284 Ebony Avenue
>Brownsville, Texas 78520
>Attorneys for Plaintiffs

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 7th day of March, 2003.

_____
Alison D. Kennamer

**CAUSE NO. 2003-CCL-148-A**

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ and | * | IN THE COUNTY COURT |
| GREGORIA RAMIREZ | * | |
| | * | |
| VS. | * | AT LAW NO. 1 |
| | * | |
| FORD MOTOR COMPANY | * | CAMERON COUNTY, TEXAS |

**NOTICE TO THE DISTRICT CLERK OF FILING
OF NOTICE OF REMOVAL**

TO: HONORABLE JOE RIVERA
County Clerk, Cameron County
Cameron County Courthouse
974 East Harrison
Brownsville, Texas 78520

You will please take notice that Defendant Ford Motor Company has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a notice of removal of the cause styled: <u>Julio Cesar Ramirez and Gregoria Ramirez v. Ford Motor Company</u>, originally filed in the County Court at Law No. 1 of Cameron County, Texas, Cause Number 2003-CCL-148-A, to the United States District Court for the Southern District of Texas, Brownsville Division, and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the County Court at Law No. 1 to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded. A copy of said notice of removal is attached to this notice.

WITNESS the signature of Defendant, through their attorney, on this the 10th day of March, 2003.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
    Alison D. Kennamer
Attorney-in-Charge
State Bar No. 11280400
Federal Admissions No. 12023
    Jaime A. Saenz
State Bar No. 17514859
Federal Admissions No. 7630
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice to the District Clerk of Filing of Notice of Removal was served upon all counsel of record, to-wit:

    Barry R. Benton
    284 Ebony Avenue
    Brownsville, Texas 78520
    Attorneys for Plaintiffs

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Texas Rules of Civil Procedure, on this the 10th day of March, 2003.

_____
Alison D. Kennamer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ and GREGORIA RAMIREZ | * * * | B-03-051 |
| VS. | * * | CIVIL ACTION NO. _____ |
| FORD MOTOR COMPANY | * | |

## INDEX OF DOCUMENTS FILED

1. Civil Cover Sheet

2. Notice of Removal with following attachments:

    a. State Court's Docket Sheet
    b. Plaintiffs' Original Petition
    c. Citation served on Ford Motor Company
    d. Defendant Ford Motor Company's Original Answer and Jury Demand

3. Notice to District Clerk of Filing of Notice of Removal

4. Index of Attorneys

5. Index of Documents Filed

6. Order for Conference and Disclosure of Interested Parties

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ and<br>GREGORIA RAMIREZ | *<br>*<br>* | **B-03-051** |
| VS. | *<br>* | CIVIL ACTION NO. _____ |
| FORD MOTOR COMPANY | * | |

## INDEX OF ATTORNEYS

1. Barry R. Benton
   State Bar No. 02176500
   Federal Admissions No. unknown
   284 Ebony Avenue
   Brownsville, Texas 78520
   (956) 546-9900
   Fax (956) 546-9997
   Attorneys for Plaintiffs

2. Alison D. Kennamer
   State Bar No. 11280400
   Federal Admissions No. 12023
   Jaime A. Saenz
   State Bar No. 17514859
   Federal Admissions No. 7630
   Rodriguez, Colvin & Chaney, L.L.P.
   Post Office Box 2155
   Brownsville, Texas 78522
   (956) 542-7441
   Fax (956) 541-2170
   Attorneys for Defendant Ford Motor Company

## RODRIGUEZ, COLVIN & CHANEY, L.L.P.

ATTORNEYS AT LAW

A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR
MITCHELL C. CHANEY
MARJORY C BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D KENNAMER

OF COUNSEL
BENJAMIN S HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J URBIS
LECIA L. CHANEY
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L. DANISH
SARAH A NICOLAS

*BOARD CERTIFIED IN PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

March 10, 2003

Mr. Michael N. Milby
United States District Clerk
United States Courthouse
600 East Harrison Street
Brownsville, Texas 78520

*Via Hand Delivery*

B-03-051

Extra copy for court

Re:  Civil Action No. _____
     Julio Cesar Ramirez and Gregoi                    Company

Dear Mr. Milby:

Enclosed please find the following documents, which I would request that you file in the above cause:

1. Civil Cover Sheet;
2. Notice of Removal;
3. Notice to District Clerk of Filing of Notice of Removal;
4. Index of Attorneys;
5. Index of Documents Filed;
6. Order for Conference and Disclosure of Interested Parties; and
7. Check in the amount of $150.00 for payment of filing fee.

By copy hereof, I am serving all counsel of record with a copy of the above documents. Thank you for your assistance in this matter.

Very truly yours,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Alison D. Kennamer

ADK:mc
Enclosures (as indicated above)
cc:  Mr. Barry R. Benton
     Attorney at Law
     284 Ebony Avenue
     Brownsville, Texas 78520

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
JULIO CESAR RAMIREZ AND GREGORIA RAMIREZ

### DEFENDANTS
FORD MOTOR COMPANY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Barry R. Benton
284 Ebony Avenue
Brownsville, TX 78520
(956) 546-9900

ATTORNEYS (IF KNOWN)
Alison D. Kennamer/Jaime A. Saenz
Rodriguez, Colvin & Chaney, LLP
P.O. Box 2155
Brownsville, TX 78522    (956) 542-7441

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | LABOR | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☒ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Diversity jurisdiction 28 USC 1332; Civil action for damages allegedly incurred by Plaintiffs arising out of fire at residence

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ excess of $250,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☐ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE: 3/7/03
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____