United States District Court
Southern District of Texas
FILED

MAR 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JULIO CESAR RAMIREZ and GREGORIA RAMIREZ § § § | |
| VS. § § | CIVIL ACTION NO. B-03-051 |
| FORD MOTOR COMPANY § § | |

### DEFENDANT FORD MOTOR COMPANY'S
### DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

Defendant Ford Motor Company ("Ford") files this certificate of interested parties pursuant to the Order of Conference and Disclosure of Interested Parties and shows the Court the following:

Ford Motor Company is a publicly traded corporation, has no parent corporations, and there are no publicly held companies that own ten percent or more of Ford's stock.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Alison D. Kennamer
Attorney-in-Charge
State Bar No. 11280400
Federal Admissions No. 12023
Jaime A. Saenz
State Bar No. 17514859
Federal Admissions No. 7630
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Ford Motor Company's Disclosure of Financially Interested Entities was served upon all counsel of record, to-wit:

> Barry R. Benton
> 284 Ebony Avenue
> Brownsville, Texas 78520
> Attorneys for Plaintiffs

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 25th day of March, 2003.

_____
Jaime A. Saenz