IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF TEXAS BROWNSVILLE DIVISION

| | |
|---|---|
| JULIO CESAR RAMIREZ and * <br> GREGORIA RAMIREZ * <br> * <br> * <br> VS. * <br> * <br> FORD MOTOR COMPANY * | CIVIL ACTION NO. B-03-051 |

United States District Court
Southern District of Texas
FILED

JUN 2 3 2003

Michael N. Milby
Clerk of Court

## PLAINTIFFS' JULIO CESAR RAMIREZ AND GREGORIA RAMIREZ DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

Plaintiffs file this certificate of interested parties pursuant to the Order of Conference and Disclosure of Interested Parties and shows the Court the following:

Julio Cesar Ramirez 701 N. Indiana, Brownsville, Texas 78520

Gregoria Ramirez 701 N. Indiana, Brownsville, Texas 78520

Respectfully submitted,

Barry R. Benton
284 Ebony Ave.
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
State Bar No. 02176500
Cameron County I.D. No. 3101
ATTORNEY FOR PLAINTIFFS
JULIO CESAR RAMIREZ AND
GREGORIA RAMIREZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June, 2003, a true and correct copy of the above and foregoing Plaintiffs' Julio Cesar Ramirez and Gregoria Ramirez Disclosure of Financially Interested Entities to Defendant, have been forwarded via certified mail, return receipt requested to attorney of record to wit:

Alison D. Kennamer
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78522

_____
BARRY R. BENTON