United States District Court, Southern District of Texas
ENTERED
AUG 0 5 2003
Michael N. Milby, Clerk of Court

United States District Court ☆ Southern District of Texas

JULIO CESAR RAMIREZ and §
GREGORIA RAMIREZ §
§
versus §  CIVIL ACTION B-03-051
§
FORD MOTOR COMPANY §
§

**Consent to Proceed Before a Magistrate Judge**

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____    attorney for Plaintiffs
Tammy R. Benton
_____    ATTORNEY FOR FORD MOTOR CO.
Alison D. Kennamer

**Order to Transfer**

This case is transferred to United States Magistrate Judge _John Black_ to conduct all further proceedings, including final judgment.

8/5/03                                            _____
Date                                              United States District Judge