United States District Court
Southern District of Texas
FILED

AUG 0 6 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-03-051                    DATE & TIME: 08-06-03 AT 1:30 P.M.

JULIO CESAR RAMIREZ AND                      PLAINTIFF(S)   BARRY BENTON
GREGORIA RAMIREZ                             COUNSEL

VS.

FORD MOTOR COMPANY                           DEFENDANT(S)  ALISON D. KENNAMER
                                             COUNSEL        JAIME A. SAENZ

---

ERO: Gabriel Mendieta
CSO: Tony Yanez

   Attorneys Barry Benton & Alison Kennamer appeared.

   Parties are in agreement of scheduling order dates. Jury selection & trial will be set for April, 2004.