IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ and GREGORIA RAMIREZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-051 |
| FORD MOTOR COMPANY | § § | |

## AGREED UNOPPOSED SCHEDULING ORDER

Trial: Estimated to try:          3 days     Jury trial

Joinder of Additional Parties                                  October 1, 2003

Expert Designation Deadlines, as follow:

Plaintiffs' expert designations and reports                    November 3, 2003

Defendants' expert designations and reports                    December 1, 2003

Discovery must be completed by:                                January 16, 2004

*Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

Dispositive Motions will be filed by:                          February 2, 2004

Joint pre-trial order is due:                                  February 13, 2004
*The Plaintiffs are responsible for filing the pre-trial order*

Docket Call and Final Pre-trial Conference is set for the ___18th___ date of ___March___, 2004, at 1:30 ~~a.m.~~; p.m.

Jury selection is set for the __1st__ date of __April__, 2004, at 9:00 a.m.

Case is set for trial on the __19th__ date of __April__, 2004, at 9:00 a.m.

SIGNED FOR ENTRY this __6th__ day of __August__, 2003.

Judge Presiding