United States District Court
Southern District of Texas
FILED

DEC 0 1 2003

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ and | § | |
| GREGORIA RAMIREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-051 |
| | § | |
| FORD MOTOR COMPANY | § | |

## DEFENDANT FORD MOTOR COMPANY'S
## FIRST DESIGNATION OF EXPERT WITNESSES

COMES NOW, Ford Motor Company (hereinafter "Defendant") and files this its First Designation of Expert Witnesses and reserves the right to file additional designations consistent with the Court's docket control orders in this case and the Federal Rules of Civil Procedure.

I.

Defendant designates the following retained expert witnesses who may be called to testify at the trial of this case:

Bolton, David R.
David R. Bolton, Inc.
1717 West Sixth Street, Suite 292
Austin, Texas 78703
(512) 477-1597

Mr. Bolton is an independent appraiser who may be asked to testify regarding the amount of damages that the evidence substantiates and the methodology behind Plaintiffs' damages demands and/or calculations. As can be seen on the attached report, he is expected to offer the opinion that Plaintiffs have failed to substantiate any amount for property damages at this time. Mr. Bolton may also be asked to analyze any additional damages estimates and or any opinions of Plaintiffs' experts that are permitted by the Court to the extent they fall within his area of expertise. The witness' Curriculum Vitae is being filed and served on all parties herewith via certified mail on the due date for filing pursuant to the mailbox rule of the Federal Rules of Civil Procedure.

Newell, Walter Ralph
Newell Investigative Services
470-C Woods Mill Road
Gainesville, GA 30501
(770) 983-0800

Mr. Newell is a Fire Investigator and an expert in the area of fire cause and origin who may be asked to testify regarding the evidence available to establish the cause and origin of the fire at issue in this case. As can be seen on the attached report, he is expected to offer the opinion that the vehicle was not the cause and/or origin of the fire and that instead the fire's cause and origin was electrical wiring within the house. He may also be asked to analyze Plaintiffs' experts' opinions as they fall within his area of expertise. The witness' Curriculum Vitae is being filed and served on all parties herewith via certified mail on the due date for filing pursuant to the mailbox rule of the Federal Rules of Civil Procedure.

II.

Defendant has not retained but reserves the right to call the following Ford Motor Company engineer as witness who may have relevant opinions which require specialized knowledge or training:

Mr. Sunil Sharma
Design Analysis Engineer
Ford Motor Company
Parklane Towers West, Suite 604
Three Parklane Blvd.
Dearborn MI  48126
(313) 322-7490

Mr. Sharma is a Ford Motor Company design analysis engineer with expertise in automotive design, manufacture and related marketing issues, as well as in fire cause and origin, who may be asked to testify regarding Ford Motor Company's design, manufacture and marketing of the 1980 Ford F-100 pick-up and the component parts at issue in this case, including the fuel system, and any and all components of same complained of by Plaintiffs, as well as the probable cause and origin of the fire in this case. As can be seen on the attached report, he is expected to offer the opinion that the vehicle was not the cause and/or origin of the fire and that instead the fire's cause and origin was electrical wiring within the house. His testimony is also expected to include the opinion that there was no design, manufacturing or marketing defect in the Ford F-150 pick-up at issue which played any part in the fire at issue, and the issue in Recall 00S22 was addressed by a Ford dealership prior to the fire. Mr. Sharma may also testify regarding Ford policies and procedures, industry standards, Federal Motor Vehicle

Safety Standard requirements, and this Ford vehicle's ability to meet those requirements. He may also be asked to analyze Plaintiffs' experts' opinions as they fall within his area of expertise. The witness' Curriculum Vitae is being filed and served on all parties herewith via certified mail on the due date for filing pursuant to the mailbox rule of the Federal Rules of Civil Procedure.

III.

This Defendant reserves the right to cross-examine any witnesses who are allowed to express opinions in Plaintiffs' case in chief, if any, and to elicit opinions from them during same without agreeing with or vouching for any or all opinions such persons may have, specifically including the following. Defendant specifically does not waive any and all objections it has to any of the person listed below being permitted to express opinions in this case. Defendant also names the third parties listed below who may have some specialized knowledge or training without vouching for any or all of the opinions they may have:

Adriatic Insurance Agency
3501 North Causeway Blvd., Suite 1000,
Metairie, Louisiana 70002.

Brownsville Fire Department
Custodian of Records and Employees,
Including but not limited to:
Asst. Chief Joe Casarez, Officer in Charge
964 East Harrison
Brownsville, TX  78520
Responded to and investigated the fire in question

Ford Motor Company
Representatives
Defendant

Los Fresnos Volunteer Fire Department
Los Fresnos, TX
Responded to the fire in question

Najera, Fire Marshal Desi G.
Fire Marshal's Office
Cameron County Courthouse
964 East Harrison St.
Administrative Bldg., 4th Floor
Brownsville, TXs 78520
(956) 544-0830
Responded to and investigated the fire in question

Phoenix Insurance Agency
1315 West Polk, #22
Pharr, Texas 787577
(956 783-8500

Ramirez, Gregoria
701 North Indiana
Brownsville, TX 78520
Plaintiff

Ramirez, Julio Cesar
701 North Indiana
Brownsville, TX 78520
Plaintiff

Ford Motor Company
Representatives
Defendant


    The above individuals are third party individuals whose records, if any, were obtained by Depositions on Written Questions in Cause No. 2001-08-3741-B, which have been equally available to Plaintiffs as to Defendant, and Defendant refers Plaintiffs to those records.

Defendant reserves its rights under the Federal Rules of Civil Procedure to supplement this response.

Defendant reserves the right to cross-examine Plaintiffs' designated expert witnesses and to elicit opinions from them during same without agreeing with or vouching for any or all opinions such persons may have.

Defendant reserves the right to later designate additional experts and/or provide reports, if necessary, in accordance with this Court's Orders on docket control and/or in response to any later designation of expert witnesses by Plaintiffs and/or upon receiving more detail as to the experts' opinions and testimony Plaintiffs intend to offer at trial.

Defendant may call as witness(es) at trial any of or all persons who have been deposed in this case and offer at trial any and all deposition testimony taken in this case regardless of whether such deposition testimony may constitute knowledge of facts or expert testimony.

Defendant reserves the right to withdraw the designation of any experts and to aver positively that any such previously designated experts will not be called as expert witness pursuant to Texas caselaw.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
      Alison D. Kennamer
Texas Bar No. 17514859
S.D. I.D. No. 12023
Texas Bar No. 17514859
      Jaime A. Saenz
State Bar No. 17514859
S.D. I.D. No. 7630
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

Page 5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

> Barry R. Benton
> 284 Ebony Avenue
> Brownsville, Texas 78520
> Attorneys for Plaintiffs

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 1st day of December, 2003.

Alison D. Kennamer

# DAVID R. BOLTON, INC.

REALTY CONSULTANTS AND APPRAISERS
http://www.boltonandbaer.com

HOUSTON OFFICE:
**BOLTON & BAER**

DAVID R. BOLTON, MAI
WAYNE B. BAER, MAI

1717 WEST SIXTH STREET
SUITE 292
AUSTIN, TEXAS 78703
(512) 477-1597
FAX (512) 477-1567

4811 NOLDA STREET
HOUSTON, TEXAS 77007
(713) 868-3196
FAX (713) 868-3659

November 26, 2003

Ms. Alison D. Kennamer
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522

RE:    Civil Action No. B-03-051
       Julio Cesar Ramirez and Gregoria Ramirez v. Ford Motor Company
       In the U.S. District Court for the Southern District of Texas, Brownsville,
       Division (Originally Cause No. 2003-CCL-148-A; CCL#1/Cameron)
       LMMS No. 456666
       File No.:19,080

Dear Ms. Kennamer:

I have reviewed the documents forwarded to me in your letter dated November 19,
2003 concerning the property located at 701 N. Indiana Avenue, Brownsville, Texas
78521. The attached report contains my conclusions after this review.

Yours truly,

David R. Bolton, MAI
TX-1320117-G

**Property**

The property is located at 701 North Indiana Avenue, Brownsville, Texas 78521.

**Information Reviewed**

Appraisal Records from Cameron County Appraisal District
Letter dated July 23, 2002 from Mr. Barry R. Benton to Shawn L. Norton
Records from Adriatic Insurance Co.
Initial Disclosures of Plaintiffs
Plaintiffs' Answers and Responses to Defendant's Interrogatories and Request
    for Production
Plaintiff's Designation of Expert Witnesses
Ralph Newell's Vehicle/Site Inspection Photographs of 10/09/02
Photos Taken by Ralph Newell During Inspection on 9/8/03
Fire Department Photos

**Valuation Procedure**

The documents that were reviewed contained no appraisals or any information concerning the valuation of the property. The only references to the real property value are contained within the Fire Investigation Report, dated August 13, 2001 and the letter from Barry R. Benton to Shawn L. Norton. The Fire Investigation Report states in the Investigators Remarks, "House valued at approximately $90,000.00". The Benton letter states "The 3800 square foot home is valued at $190,000.00". The Cameron County Appraisal District records show the improvements on the property to contain 3042 square feet and the property is valued at $72,196.00.

Neither of the above statements constitutes an appraisal as defined by the Uniform Standards of Professional Appraisal Practice (USPAP) as adopted by the Texas Appraisal Licensing and Certification Board. USPAP defines an appraisal as "the act or process of developing an opinion of value."

**Conclusions**

The documents provided do not contain an appraisal or any valuation information that meets the criteria of an appraisal as required by USPAP. Appraisers licensed by the Texas Appraiser Licensing and Certification Board must meet the minimum standards set forth by USPAP and are required to produce a credible appraisal report prior to forming an opinion of value.

## CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- I certify that the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- The reported analyses, opinions, and conclusions are limited only by the report assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.

- My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

- I certify that, to the best of my knowledge and belief, the reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.  This report is subject to the Appraisal Institute's right of review.

- As of the date of this report, David R. Bolton has completed the requirements of the continuing education program of the Appraisal Institute.

No changes of any item of the appraisal report shall be made by anyone other than the appraisers, and the appraisers shall have no responsibility for any such unauthorized changes.


David R. Bolton, MAI
TX-1320117-G

## DAVID R. BOLTON, MAI

David R. Bolton is an independent real estate appraiser and consultant with the office of David R. Bolton, Inc. being located at **1717 West Sixth Street, Suite 292, Austin, Texas 78703** and the office of Bolton and Baer being located at **4811 Nolda Street, Houston, Texas 77007.** He has been actively engaged in the real estate appraisal profession since 1964 with extensive experience in appraising most type properties including vacant commercial land, farms, ranches, special purpose properties, industrial, environmentally sensitive properties, environmentally contaminated properties, shopping centers, hotel/motels, mixed use developments, office buildings, improved commercial properties, automobile dealerships, condominiums, apartments, rights of way for pipelines, utilities, and roadway improvements. Appraisal related experience in highest and best use studies, marketing analysis, and review of realty portfolios. A partial resume of his qualifications is outlined as follows:

1. MAI - The Appraisal Institute
2. SREA - The Appraisal Institute
3. Real Estate Broker - State of Texas
4. B.B.A. degree from Sam Houston State University
5. Qualified in Federal District and Bankruptcy Courts, County and State District Courts, Arbitration Hearings and Special Commissioner's Hearings. Thirty (35) years experience testifying as an expert witness in the valuation of real property
6. State Certified - General Real Estate Appraiser (TX-1320117-G)

The Appraisal Institute conducts a voluntary program of continuing education for its designated members. Individuals who meet the minimum standards of this program are awarded periodic educational certification. Mr. Bolton is certified under this program.

## APPRAISAL ASSOCIATIONS

Assistant Regional Member, Review & Counseling Division ('97-'98)–Appraisal Institute
Regional Member, Review & Counseling Division (1997) - Appraisal Institute
National Chairman (1992 - 1995), Professional Practice Division, Ethics and Counseling Committee - Appraisal Institute
Past National Chairman, Prof. Practice Committee - Society of Real Estate Appraisers
Past Vice Governor, Board of Governor's - Society of Real Estate Appraisers
Past President, Houston Chapter - American Institute of Real Estate Appraisers
Past President, Houston Chapter - Society of Real Estate Appraisers
Past National Chairman, Young Advisory Council - Society of Real Estate Appraisers

# DAVID R. BOLTON, MAI

PUBLICATIONS:

Bolton, David R. and McCool, G. Walter: Excluding Intangibles From Property; presented at Texas Association of Property Tax Professionals, 1996 Annual Conference, Austin, Texas, September 19, 1996

Bolton, David R.: How Some Appraisers Might Vary the Appraisal Process Depending Upon the Client's Instructions; presented at American Bar Association Real Property Programs, 9th Annual Spring CLE and Committee Meeting, San Antonio, Texas, May 14–16, 1998

Bolton, David R. and Sick, Kent A.: The Attorney/Appraiser Relationship in the Eminent Domain Process; presented at Eminent Domain Conference, CLE International, Austin, Texas, August 12–13, 1999

Bolton, David R.: Properties Near Power Lines and Valuation Issues: Condemnation or Inverse Condemnation?; published by The Southwestern Legal Foundation, *Proceedings of the Institute on Planning, Zoning and Eminent Domain,* Municipal Legal Studies Center, Dallas, Texas, November 17–19, 1993

Bolton, David R. and Sick, Kent A.: Power Lines and Property Values: The Good, the Bad, and the Ugly; published by The Southwestern Legal Foundation, *Proceedings of the Institute on Planning, Zoning and Eminent Domain,* Municipal Legal Studies Center, Dallas, Texas, November 18–20, 1998; also *The Urban Lawyer, The National Quarterly on State and Local Government Law,* Volume 31, Number 2, Spring 1999.

Bolton, David R. and Stick, Kent A.: Valuation of Utility Corridors: Proper Methodology for Appraising Property Rights; presented at the Eminent Domain Conference on Legal and Practical Issues, CLE International, Austin, Texas, February 7–8, 2002

Bolton, David R. and Stick, Kent A.: Who Needs USPAP When You Have the Texas Supreme Court; presented at the Eminent Domain Conference on Legal and Practical Issues, CLE International, Austin, Texas, February 6–7, 2003

# **DAVID R. BOLTON**

## **RATES**

David R. Bolton, MAI            $275.00 per hour

Senior Associate Appraiser    $200.00 per hour

Associate Appraiser            $150.00 per hour

David R. Bolton – Case Log

| DRB Ref # | Client/Company | General Property Reference | Case Name/Location | Date(s) | Deposition | Trial/ *Hearing | Mediation/ Arbitration |
|---|---|---|---|---|---|---|---|
| 97-1734 | A.J. Rogers Southland Corp. | Southland property No. 27359, SWC S.H. 26 at Pool Road, Grapevine, Texas | | 7/22/97 | | X | |
| 97-1736 | Morris & Lois Richardson | 20,878 DF (0.4793 acres) pipeline easement, S.M. Williams Survey, A-139, Brazos County, Texas | Seaway Pipeline Co. v. Morris E. Richardson a/k/a/ Morris L. & Lois Richardson, Brazoria County Cause No. 21,499M | 8/29/97 | X | X | |
| 97-1741 | Jules Todd, Jr., Estate et al % William D. Noel Attorney at Law | Pipeline Easement | Cause No. 21,436G; Exxon Pipeline Co. v. Blanche Bertie Warren Todd, et al., In the County Court at Law No. 2, Brazoria County, Texas | 8/29/97 | | X | |
| 97-1742 | Jules Todd, Jr., Estate et al % William D. Noel Attorney at Law | Pipeline Easement | Cause No. 21,436G; Exxon Pipeline Co. v. Blanche Bertie Warren Todd, et al., In the County Court at Law No. 2, Brazoria County, Texas | 8/29/97 | | X | |
| 97-1748 | John Henderson | Various Properties | U.S. v. Henderson | | X | X | |
| 97-1757 | Richard A. Jackson | 805 Main Street, Brownwood, Brown County, Texas | State of Texas & City of Brownwood v. Richard A. Jackson, Center for Evangelism & Encouragement, Inc. | 11/7/97 | | X | |
| 97-1758 | Travis County Landfill Company | Appraisal of 133.56 acres of land out of the Garner Mays Survey, Abstract 501 and the Santiago Del Valle Ten League Grant, Travis County, Texas | The City of San Antonio, Texas v. Edward K. Kopplow | 6/30/99 | X | X | |
| 97-1765 | Mr. Edward K. Kopplow % Mr. Kent Sick Attorney at Law | Appraisal of Lot 7, Block 6, Nacogdoches Center Subdivision, NCB 11928, Bexar County, Texas | The City of San Antonio, Texas v. Edward K. Kopplow | 12/6/97 | X | X | |
| 98-1784 | Marbert & Marilyn Moore c/o Sue Wall Attorney at Law | ± 81.171 acres, Out of the David Wright Survey, Abstract 13, Williamson County, Texas | Lower Colorado River Authority v. Marbert & Marilyn Moore, Williamson County, Texas, 368th Judicial District | 3/31/98 | X | X | |
| 98-1797 | Ray & Jeanette Beneat % Mike Barron Barron, Adler & Anderson, L.L.P | 2.58 acres of the John Berry Survey, A-51, located on the SWC of the intersection IH35 and SH135 | Cause No. 98-086-C26; LCRA v. Ray & Jeanette Beneat, In the 26th Judicial District, Williamson County, Texas | 7/16/98 | | X* | |

David R. Bolton -- Case Log

| DRB Ref # | Client/Company | General Property Reference | Case Name/Location | Date(s) | Deposition | Trial/ *Hearing | Mediation/ Arbitration |
|---|---|---|---|---|---|---|---|
| 98-1798 | Dixie Ruth Bolding % Mike Barron Barron, Adler & Anderson, L.L.P. | 660 E. Ben White Boulevard Parcel No. 37; Commercial Property, Austin, Texas | Austin, Texas | 5/13/99 | | X | |
| 98-1805 | Mr. Jeff Carr; Carr Ranch % Mr. Francis I. Gandy, Jr., Attorney at Law | Appraisal of 2,936.02 acres of land in Bee County, Texas; Ranch | Carr v. CP&L | | X | | |
| 98-1814 | Alice Olivia Bryant c/o Mr. Mike Barron Barron, Adler & Anderson, L.L.P. | 4811 East Ben White Boulevard Texas; Southwest corner of East Ben White Boulevard and Chapman lane. | Cause No. 2282; State of Texas v. Alice Olivia Bryant, et al; Probate Court Number One, Travis County, Texas | 8/30/99 | | X | |
| 98-1815 | Advanced Micro Devices (AMD) % Mr. Mike Barron, Barron, Adler & Anderson, L.L.P. | 5800 Block of East Ben White Boulevard, Austin, Texas; Industrial Plant | State of Texas v. AMD, Inc. et al | 10/01/99 | | X | |
| 98-1833D | Video Rental Express (Acco Rentals, Inc.) % Elliot Mitchell Attorney at Law | 2006 4th Street, Lubbock, Texas; Commercial Building | Lubbock, Texas | 12/10/88 | | X | |
| 98-1849 | BFI | 4712 Bolm Road, Austin, Texas; Industrial Property | Cause No. 2295; City of Austin v. BFI Waste Systems of North America, Inc., et al; Probate Court Number One, Travis County, Texas | 10/15/99 | | X | |
| 98-1852 | Marcus & Tammy Cass, Frank & Patricia David, Jim & Robin Faulkner % Mark Humble, Attorney at Law | Agricultural Land | Cause No. 24,678; Marcus Cass, et al.; In the District Court of Milam County, Texas; 20th Judicial District | 11/23/98 | X | | |
| 99-1880 | Joe L. Ware % Mr. John McClish Womack, McClish & Wall, P.C. | 1,374 acres of vacant land located at the SWC of Loop 360 and US Highway 183 in Austin, Travis County, Texas; Vacant | Joe L. Ware v. State of Texas; Cause No. 97-09229 | 2/4/99 | X | | |

David R. Bolton – Case Log

| DRB Ref # | Client/Company | General Property Reference | Case Name/Location | Date(s) | Deposition | Trial/*Hearing | Mediation/Arbitration |
|---|---|---|---|---|---|---|---|
| 99-1890 | % Sue Wall Womack, McClish & Wall, P.C. | 5,915 acres out of and a part of Lot A, Travis 51 Addition, Travis County, Texas. | | 9/1/99 | | X | |
| 99-1896 | Spring Creek Acquisition | Ford Dealership | The State of Texas v. Spring Creek Acquisition, Inc.; Cause No. 660-252, In the County Civil Court at Law No. 1 of Harris County, Texas | 4/9/99 | X | X | |
| 99-1904 | Austin Almotive, Ltd. % Mr. Mike Barron, Barron, Adler & Anderson, L.L.P. | Appraisal of Buildings 1610 and 1612 Austin-Bergstrom International Airport, Austin, Travis County, Texas | | 8/6/99 | | X | |
| 99-1887 | Mr. Steven Anderson % Mr. Steve Adler | ±277 acres on Pflugerville Road East, Travis County, Texas | | 6/12/00 | | X* | |
| 99-1886 | Mr. William D. Noel Attorney at Law | | Rockland Pipeline Co. v. Sherril Lynn Barton, et al Cause No. 96-276-B Freestone County, TX | 3/17/99 | | X | |
| 98-1867 | Ms. Mary Beth Hamilton % Ms. Sue Wall Womack, McClish & Wall | Chicken on the Run 1520 Austin Avenue Brown County, Texas | | 2/17/00 | | X* | |
| 98-1860 | Hillcrest Shopping Center % Womack, McClish & Wall | | The City of San Antonio v. Hillcrest Shopping Center Ltd. Cause No. 97-ED-0041 | 2/23/99 | | X | |
| 98-1855 | Mr. Fields Alexander % Brown McCarrol & Oaks Hartline | | David Baseda, et al v. Four Ds partnership, et al v. One Austin Capital Group, Inc. v. Vinson & Elkins, LLP Cause No. 96-03138 | 10/29/98 | | X | |
| 98-1842 | Mr. Len Layne % Mr. John McClish | Dessau Road Austin, Texas | City of Austin v. Len Layne | 11/10/98 | | X | |
| 98-1832 | Mr. Martin K. Banks Stoel Rives LLP | | Henrichsen v. The Ensign-Bickford Co. | 10/27/98 | X | X | |
| 98-1809 | Mr. James D. Geister % Mr. Mike Barron | 1,588 acre tract of land situated in the Jane Glasscock Survey, A-2706, Travis County, Texas | TXDOT Account No. 8014-2-1 | 10/13/98 | | X* | |

David R. Bolton – Case Log

| DRB Ref # | Client/Company | General Property Reference | Case Name/Location | Date(s) | Deposition | Trial/ *Hearing | Mediation/ Arbitration |
|---|---|---|---|---|---|---|---|
| 98-1800 | Audrey Marcene Hokanson Thaxton % Ms. Sue Wall | Parcel 29A, 7800 Block US 289 West, Travis County, Texas | TXDOT # 8014-1-74 | 4/29/99 | | X* | |
| 98-1799 | Mr. Mike Barron | | | | | | |
| 98-1995 | Archie Helmer % Ms. Sue Wall | South side of IH-35 and east side of Guadalupe River in New Braunfels, Comal County, Texas | LCRA v. James S. Critz Cause No. 11,133 | 8/14/98 11/19/00 | X | X* | |
| 00-1990 | Mr. Glen Sodd | ±1790 acres being all of Sections 95 and 96 and 510 acres out of Section 84, Blk 24, T&P Ry. Co. Survey, Nolan County, Texas | City of Sweetwater v. Duer Wagner & Co., et al | 4/21/00 5/18/00 | X | X | |
| 00-1883 | Mr. Steve Adler | North side of US 290 West between William Cannon Drive and Patton Ranch Road, Austin, TX | Ruff, Peterson and Buites, et al v. Ensign-Bickford, et al | 6/12/00 | X | | |
| 99-1950 | Daniel Allred Parsons, Behle & Latimer | | | 4/26/00 | | X | |
| 99-1940 | Mr. Leon Backesa Provident Realty Advisors | East side of US 183 South and Springdale Road, Austin, Travis County, Texas | | 1/20/00 | | X | |
| 99-1934 | Mr. Ed Harrell % Mr. John McClish | ±285.4 acres of land located at the northwest corner and southwest corners of IH-35 and Old San Antonio Road | Cause No. 2377-01-028 | 2/8/00 | | X | |
| 99-1925 | Brown County Broadcasting Co. % Mr. Gary Price | Parcel Number 6A; 801 Carnegie/800 Hawkins, Brownwood, TX | Cause No. 2377-01-028 | 4/12/00 | | X* | |
| 99-1922 | Mr. Charles B. McFarland % Vinson & Elkins | Charles Freezia v. LCRA | Cause No. 98-CV-3225 | 12/20/99 | | X | |
| 99-1911 | Mr. Barney Bigham Danly Properties | Wastewater easement at Plaza 183; 13450 Research Boulevard | Cause No. 99-03425 | 12/8/99 | | X* | |
| 99-1910 | Riddell Family Partnership % Mr. Dan Foster | 11.93 acres of land located at the NWC of FM 1626 and Old San Antonio Road | Cause No. 99-03425 | 5/10/00 | | X | |
| 99-1907 | Mr. Rick Sheldon % Mr. Mike Barron | AISD v. Sutco Inc. | Cause No. 2241 | 9/29/99 | | X* | |
| 01-2051 | Ms. Susan Toomey Frost % Ms. Sue Wall | Barton Springs Road Project; Pizza Nizza & Good Eats | | 2/26/01 | | X* | |

David R. Bolton – Case Log

| DRB Ref # | Client/Company | General Property Reference | Case Name/Location | Date(s) | Deposition | Trial/ *Hearing | Mediation/ Arbitration |
|---|---|---|---|---|---|---|---|
| 00-2039 | Mr. James A Hopkins | ±8.26 acres located on the east side of IH-35 South, ±714 feet south of Slaughter Lane East and 1260 feet south of Oak Hill Lane | | 11/27/00 | X | | |
| 00-2026 | City of Cedar Park % Mr. Kent Sick | Cedar Park Plaza Exxon Tigermart Habitzreller, et al. Diamond Shamrock | | 4/19/01 4/16/01 3/28/01 1/9/01 | | X* X* X* X* | |
| 00-2025 | City of Sunset Valley % Mr. Brad Rockwell | J.D. Weaver Family Ltd. vs. City of Sunset Valley vs. William S. Walters III and Brodie-Weaver Inc. | | 9/22/00 | X | | |
| 00-2010 | Ms. Gaye L. Rothman Brown, McCarroll & Oaks Hartline, LLP | Benchmark Land Development, Inc. v. John C. Wooley | Cause No. 96-14398 | 10/18/00 | X | | |
| 98-1854 | Timeline Development c/o Mr. James Noble Johnson | Century Oaks Estate Subdivision, Bexar County, Texas | | 4/2/01 | | X* | |
| 00-1998 | Allen T. Jacoby | 17.822 acres, Jesse Williams Survey No. 62, Austin, Travis Co., TX | | 7/19/01 | | X* | |
| 00-1996 | Eanes I.S.D. c/o Ms. Sue Wall | Ben Hur Temple Shrine Complex Loop 360 and Westbank Drive | | 7/26/01 | | X* | |
| 01-2047 | Robert and Cleta Kendrick c/o Ms. Karen Matkin | 172 El Gato Lane Waco, McLennan Co., TX | | 7/30/01 | | X* | |
| 01-2103 | Laine Farm Company c/o Mr. David Dickson | 87.814 acres, C. Rhodes Survey, A-763; and William Shannon Survey, A-795, McLennan Co., TX | | 7/30/01 | | X* | |
| 01-2104 | John and Gina Dickson c/o Mr. David Dickson Dickson, et al. | McLennan County v. John and Gina Dickson, et al., TX | | 7/30/01 | | X* | |
| 01-1987 | Giles Holding, L.P., fka Mobley Chemicals c/o Mike Barron | Mobley Chemical Property Giles Lane, Austin, TX | | 8/21/01 | | X* | |
| 01-2111 | Michael G. Macs c/o Mr. Stephen I. Adler | City of Round Rock v. Jones et al | Cause No. 01-0096-CC3 | 10/2/01 | | X* | |
| 00H-1106 | Sam Pack c/o Mr. John McClish | Five Star Ford 6618 NE Loop 820 N. Richland Hills, Texas | | 9/6/01 | | X* | |

David R. Bolton – Case Log

| DRB Ref # | Client/Company | General Property Reference | Case Name/Location | Date(s) | Deposition | Trial/ *Hearing | Mediation/ Arbitration |
|---|---|---|---|---|---|---|---|
| 00H-1109 | Jill Jiles Dog Team II c/o Mr. Steve Sampson | City of San Antonio Condemnation 205 East Travis Street | | 6/30/00 | | X* | |
| 01H-1154 | Clay Beard | 1,397 acres, Linda's Kitchen 2802 US Hwy 287 Midlothian, Ellis Co., TX | | 4/17/01 | | X | |
| 01H-1165 | Mike Rose c/o Mr. Tim Brown | Joan Gol Property Porter Road Katy, Harris Co., TX | | 8/28/01 | | X* | |
| 01-2111 | Michael G. Macs, et al c/o Mr. Steve Adler | 0.86 acres located along the south side of Louis Henna Blvd, just east of CR 170 Round Rock, Williamson Co., TX | Cause No. 01-0096-CC3; City of Round Rock v. Jones et al; | 10/2/01 | | X* | |
| 01-1184 | Mr. Gary Hornberger c/o Mr. Walker Beavers | 440.7637 acres along the west line of Katy-Hockley Cut-Off Road, adjacent to House-Hahl Road, Harris County, TX | | 10/17/01 | | X* | |
| 00-2005 | Thomas J. Wolf, Jr., et al c/o Mr. William P. McLean | +/- 21.3285 acres along the west line of US 183, just south of Lakeline Blvd., Williamson Co., TX; Parcels 179 and 180 | | 11/12/01 | | X* | |
| 00-2015 | Cameron ISD c/o Mickey Blanks | Anderson Oaks Apartments 9219 Anderson Mill Road Williamson Co., TX | CISD v. Richard Blaney, et al Cameron, Milam Co., TX | 11/13/01 8/20/02 | | X* X | |
| 00-2027 | Merner Land Co. c/o Sue Wall | | | 11/26/01 | | X | |
| 99-1893 | Mr. Robert Howell | Twelve apartment properties | Ace American Lloyd's Insurance Co. v. Wedge Management, Inc., Mike Hooper and Raymond H. Lucas | 2/1/02 | X | | |
| 00-2028 | Verlin Callahan c/o Ms. Sue Wall | Callahan's Store 501 Bastrop Highway Austin, Travis Co., TX | | 2/13/02 8/7/02 8/12/02 8/13/02 | | X* X X | |
| 99-1890 | Sue Wall | 5,915 acres along the n/s side of E. Ben White Blvd, between Montopolis Dr and E. Riverside Dr, Austin, TX (Ben White Land) | | 2/26/02 | | X | |

David R. Bolton – Case Log

| DRB Ref # | Client/Company | General Property Reference | Case Name/Location | Date(s) | Deposition | Trial/ *Hearing | Mediation/ Arbitration |
|---|---|---|---|---|---|---|---|
| 01-2096 | Southwest Educational Development Corp. c/o Dale Mockford | | No. GN1-02150; Southwest Educational Development Corporation v. Highland Resources, Inc.; 261st Judicial District; Travis Co., TX | 3/22/02 5/8/02 5/9/02 | X | X X | |
| 02-2214 | Dan Foster | | City of Leander, Texas v. Outland Construction Inc. and Dave Williams, et ux, et al; Cause No. 00-407-C26 | 4/4/02 4/23/02 | X | X | |
| 01-2110 | Cedar Khayat Properties c/o Mike Barron | +/- 26.013 acres, William Cannon Survey No. 19, A-6, Travis Co., TX | Cause No. 2388; City of Austin v. Cedar Khayat Properties, et al | 5/7/02 | | X* | |
| 01-2066 | Rio Vista Apartments, LC c/o Mr. Tom Keen | Salado at Walnut Creek Apartments Austin, TX | | 5/8/02 | | X* | |
| 02-2220 | Broken Oak, LP c/o Mr. Mike Barron | Broken Oak Townhomes San Antonio, Bexar Co., TX | | 5/29/02 | | X* | |
| 02-2122 | Mr. C. Allen Williams c/o Mr. Mike Barron | | Cause No. 01-09-99152-CVK; South Texas Electric Cooperative, Inc. v. San Christoval Minerals, LLC and Bank One Louisiana, N.A.; 218th Judicial District Court; Karnes Co., TX | 5/30/02 | | X* | |
| 02-2225 | Mr. Joseph Madrid | 4009 West Lawther Drive Dallas, Dallas Co., TX | Amend v. Dallas County Appraisal District | 6/10/02 6/18/02 6/19/02 | X | X X | |
| 01-2130 | Mr. Kenneth Abraham c/o Mr. Steve Adler | 2013 4th Street Lubbock, TX | | 7/10/02 | | X* | |
| 02-2185 | Mr. William B. Steele, III | Lake of the Woods, Ltd. | | 8/5/02 | | X* | |
| 02-2206 | Mr. Jorge Tucker | Six residential properties in the Ashford Park Subdivision in Buda, Hays County, Texas | | 8/6/02 | X | | |
| 02-2140 | Yerger Hill, III and Anne N. Hill c/o Ms. Sue Wall | | Travis County MUD No. 4 v. Yerger Hill, et al | 8/7/02 | | X* | |
| 01-2150 | Bank One, Texas c/o Mr. Brian A. Kilpatrick | Bank One Mini-Bank Facility Austin, Texas | | 9/24/02 | X | X* | |

David R. Bolton – Case Log

| DRB Ref # | Client/Company | General Property Reference | Case Name/Location | Date(s) | Deposition | Trial/ *Hearing | Mediation/ Arbitration |
|---|---|---|---|---|---|---|---|
| 01-2113 | Mr. Mike Barron | Northwest side of F.M. 1626, just south of the Travis/Hays County line; 2222 F.M. 1626, Manchaca, Hays Co., TX | | 10/10/02 | | X* | |
| 02-2228 | Ms. Sue Wall | Betsy Ross Buitla 13311 Burnet Road Austin, TX | | 11/8/02 | | X* | |
| 02-2246 | John T. Jones c/o Mr. Robert B. Nedblett, III | 5 lots in the Commerce Square Subdivision; 629-709 Bastrop Highway Travis County, Texas | | 10/23/02 | X | | |
| 02-2295 | Richard Pearce and Jess Blann c/o Mr. Dan Foster | Billboard located along Louis Hena Blvd., Williamson County, Texas (Pearce-Blann Display) | | 12/10/02 | | X* | |
| 02-2293 | H.E. Butt Grocery Co. c/o Mr. Mike Barron | 2026 Texas Avenue South College Station, Brazos Co., TX (H.E. Butt Store Property Company No. 1) | | 12/18/02 | | X* | |
| 02-2205 | Dr. Kelly Drake | 2.00 acres of land located along the south side of Louis Henna Blvd, just west of Greenlawn Blvd., Round Rock, Williamson County, Texas | | 12/20/02 | | X* | |
| 00-2039 | James A. Hopkins, et al | +/- 8.26 acres located on the east side of IH-35 South, +/- 714 feet south of Slaughter Lane East and +/- 260 feet south of Oak Hill Lake | | 2/11/03 | | X | |
| 01-2115 | Sun City, Texas c/o Mark Hutcheson | Sun City, Texas Golf Course & Amenities | | 2/18/03 | | X* | |
| 02-2235 | A.G. Ainsworth, Sr., Trust c/o Mr. Kent A. Sick | Walgreen's 4501 Guadalupe Street Austin, Travis Co., TX | | 3/20/03 | | X* | |
| 02-2238 | Mr. and Mrs. William Fleming c/o Mr. David Chamberlain | 605 Flamingo Cove Lakeway, Travis Co., TX | | 4/17/03 | | X | |
| 00H-1137 | Mr. George J. "Zeke" Kennedy, Jr. c/o Mr. Steve Sampson | San Pedro Square Shopping Center San Antonio, Bexar Co., TX | | 11/20/01 | | X* | X |

8

David R. Bolton – Case Log

| DRB Ref # | Client/Company | General Property Reference | Case Name/Location | Date(s) | Deposition | Trial/ *Hearing | Mediation/ Arbitration |
|---|---|---|---|---|---|---|---|
| 01H-1173 | TETCO Stores I, LLC c/o Mr. Steve Sampson | Northeast corner of NE Loop 820 and N. Beach Street, Haltom City, Tarrant Co., Texas | | 11/28/01 3/22/02 | X X | | |
| 00H-1120 | Mr. Mark Hutcheson | Hillpoldi#1 and Hudson #3 Salt Dome Cavern Properties Matagorda County, Texas | | 12/11/01 | | X | |
| 01H-1153 | Concourse 410, Ltd c/o Mr. Steve Sampson | 1.762 acres at Loop 410 and US 281, San Antonio, Bexar Co., TX | | 2/28/02 | X | | |
| 02H-1206 | Mr. David R. Woodcock, Jr. | SH 71, Garwood, Colorado Co., TX | | 4/11/02 | X | | |
| 01H-1190 | Galveston Central Appraisal District Mr. Ken Wright | | Cause No. 99CV0842; Amoco Oil Company v. Galveston Central Appraisal District | 5/22/02 | X | | |
| 02H-1204 | Mr. Stephen I. Adler | Lande-Clark Parcels 54B and 54C | | 5/9/02 | | X* | |
| 02H-1203 | Stelzig Saddlery c/o Mr. Walker Beavers | Reserve "A", Block 1, Post Oak Point Subdivision and being located at 3123 Post Oak Blvd., Houston, Harris County, TX | | 7/19/02 | | X* | |
| 99H-1078 | North Central Plaza I, LLC c/o Mr. Peter G. Calafati | North Central Plaza I Office Building located at 12655 N. Central Expressway, Dallas, Dallas Co., TX | | 7/16/02 | X | | |
| 02H-1226 | Billy Coe Dyer Vinson & Elkins, LLP | | Houston Lighting & Power v. Ft. Bend County, Texas, et al, Cause No. 94,170 | 10/1/02 | X | | |
| 02H-1210 | 80th Street, Inc. c/o Mr. Mike Barron | Warehouse Facility 2102 Brooks Street and 1613 Mary Street Houston, Harris County, Texas | | 11/13/02 | | X* | |
| 02H-1220 | Richard C. DeBerry | 312 East Weatherford Street Fort Worth, Tarrant County, Texas | | 1/7/03 2/5/03 2/6/03 | X | X X | |
| 00H-1106 | Pack's Five Star Ford c/o Ms. Sue Wall | Parcel 102A – 6618 NE Loop 820 North Richland Hills, TX | | 1/23/03 | X | | |

9

David R. Bolton – Case Log

| DRB Ref # | Client/Company | General Property Reference | Case Name/Location | Date(s) | Deposition | Trial/ *Hearing | Mediation/ Arbitration |
|---|---|---|---|---|---|---|---|
| 02H-1219 | Galveston Central Appraisal District Mr. Ken Wright | Cause No. 01CV0748; Amoco Oil Company v. Galveston Central Appraisal District | | 3/13/03 | X | | |
| 02H-1229 | B&M Real Estate, Ltd. c/o Mr. Corbin L. Snow, Sr. | 21.25 acres located at the southeast corner of US 281 North and FM 1863, Comal County, TX | | 4/23/03 | | | X |
| 01-2117 | Jerry Porter | Austin Foam Plastics Building 1300 CR 170, Pflugerville, Travis County, Texas | | 5/6/03 | | X* | |

10



# Newell Investigative Services, Inc.

November 25, 2003

Attorney Alison D. Kennamer
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P. O. Box 2155
Brownsville, Texas 78522

> RE:    **CIVIL ACTION NO. B-03-051**
> **JULIO CESAR RAMIREZ AND GREGORIA RAMIREZ V FORD**
> **NISI NO. 2002-097**

Dear Ms. Kennamer:

In accordance with your request of August 2, 2002, I became involved in the above mentioned matter. It was your request I review and consider any and all materials that may be furnished and as well as personally inspect the fire scene and the involved vehicle to determine the origin and cause of the fire. Other than reviewing materials, my actual involvement began on October 8, 2002.

## BACKGROUND

This incident occurred on August 12, 2001, and involves a fire at the residence occupied by the Julio Ramirez family as well as the destruction of a 1997 Ford pick-up truck. The fire call was received by the 911 dispatch in Brownsville, Texas at 2:39 p.m. with the first engine arriving on the scene at 2:51 p.m. The fire location was at 611 North Indiana Avenue at Farm Road 511 in Brownsville, Texas. Upon arrival, the fire department encountered major fire occurring in the residence with the entire attic area of the house on fire with the fire ventilating through the roof. No one was home at the time of the fire and the fire was declared under control at 4:19 p.m. After the fire was brought under control, a request was made for an investigation to the county fire marshal's office.

County Fire Marshal Najera received the request from the Brownsville Fire Department and responded to 611 Indiana Avenue to conduct an investigation. I have reviewed his report in which he indicates the fire originated in the engine compartment of the 1997 Ford pick-up truck. I've also reviewed Mr. Najera's deposition in which he again explains the fire originated in the pick-up truck and bases his call on burn patterns around and above the pick-up truck.

According to information received, the structure reportedly was not insured.

November 25, 2003
Page Two

## INVESTIGATION

As well as reviewing the following materials and considering the information contained, I have personally inspected the structure and pick-up truck on two separate occasions.

The following materials are included in my file.

1.  Fire Investigation Report Cameron County Fire Marshal's Office;
2.  Brownsville Fire Department Report with CD Rom of photographs;
3.  Plaintiff's Original Petition;
4.  Defendant Ford Motor Company's Original Answer and Jury Demand;
5.  Notice of Removal;
6.  Deposition Transcript and Video Tape of Brownsville Fire Marshal Desiderio Najera dated July 9, 2003;
7.  Initial Disclosures of Plaintiff's Julio Cesar Ramirez and Gergoria Ramirez;
8.  Plaintiff's Answers and Responses to Defendant's Interrogatories and Request for Production;
9.  Materials provided by Plaintiff's to Ford Motor Company;
10. Records from the Los Fresnos Volunteer Fire Department;
11. Records from the Brownsville Fire Department;
12. Records from Phoenix Insurance Agency;
13. Autopsy Report;
14. Records from Texas Department of Transportation;
15. Records from Adriatic Insurance Company; and
16. Plaintiff's Designation of Expert Witnesses.

I personally inspected the involved structure and vehicle on October 9, 2002 and September 8, 2003. On both occasions, I conducted a detailed origin and cause examination of both the structure and the vehicle. It was determined based on evidence, burn patterns and information, this fire originated in the attic of the structure and not in the pick-up truck. Numerous photographs have been made for documentation purposes.

During the examination, it was noted the house had been cannibalized. This was also noted on the first examination in which it was photographed and noted that practically all wall outlets, wall switches and electrical wiring throughout the structure had been removed. This did in some ways hamper the investigation in determining the exact point of origin.

The exact point of origin would have been located in the electrical system above the heat and AC unit contained in the central section of the structure. Aerial photographs were made of the house as well as interior photographs to determine this fire originated in the attic above the central heat and AC unit located in the hallway.

**November 25, 2003**
**Page Three**

Particular attention was paid to the area of the garage and pick-up truck because the fire marshal had determined the fire originated there.  There is absolutely no evidence the fire originated in the truck, in fact all burn patterns and fire movement are from the outside to the inside of the truck and not the opposite direction.  This truck was damaged by falling debris and items that fell from the attic above.  In fact, the roof section of the garage is still above the truck.  In fact, this garage contained a pull down stairwell that was located almost directly in front of and above the nose of the pick-up truck.  There also falling debris from the attic inside the engine compartment of the truck.

## CONCLUSIONS

It is my opinion based on a reasonable degree of fire investigation certainty, this fire originated in the attic of the structure and the area directly above the heating and AC unit in the center of the house.  This unit is approximately thirty-five to forty feet from the garage.  Electrical wiring had been cut from the unit and could not be identified or separated from all the wiring that had been stripped from the house.

I respectfully reserve the right to consider and review any and all new materials that may or may not affect my opinion.

Respectfully submitted,

Ralph Newell, President, IAAI-CFI, NPQB
NEWELL INVESTIGATIVE SERVICES, INC.

RN/gm

**WALTER RALPH NEWELL**
**470-C Woods Mill Road**
**Gainesville, Georgia  30501**
**(770) 297-7138**

## EMPLOYMENT HISTORY

| | |
|---|---|
| July 1982 to present | President, Newell Investigative Services, Inc. |
| | P. O. Box 907068, Gainesville, Georgia  30501 |
| | Telephone 1-770-297-7138 |
| | |
| October 1981 - July, 1982 | Vice President, Kennedy & Kennedy, Inc., Lilburn, Georgia |
| | Fire Investigation |
| | |
| April 1974 - October 1981 | INS Investigation Bureau, Inc., Atlanta, Georgia |
| | Investigator, special agent, supervisor, chief special agent |
| | |
| December 1968- May 1974 | Hall County Sheriff's Department, Gainesville, Georgia |
| | Patrolman, jailer, chief jailer, criminal investigator, rank captain |

## PROFESSIONAL CERTIFICATION AND QUALIFICATIONS

Certified Fire Investigator, International Association of Arson Investigators

Certified Fire Investigator, National Board on Fire Service Professional Qualifications

Qualified as an expert witness in the determination of origin and cause in both federal and state courts in Alabama, Arkansas, California, South Carolina, North Carolina, Florida, Georgia, Illinois, Indiana,  Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, New Jersey, Oklahoma, Ohio, Puerto Rico, St. Thomas, Tennessee, Texas, Virginia and West Virginia.

Personally handled and/or supervised the investigation into fires, fraud and claims involving more than 5,000 cases involving structures, heavy equipment, vehicles, airplanes and water craft.

## PROFESSIONAL ORGANIZATIONS

International Association of Arson Investigators
National Association of Fire Investigators
Georgia Chapter of International Arson Investigators (Past President, 1988, 1994)
    (1st Vice President, 1986-1987, 1993) (2nd Vice President, 1992) (Treasurer, 1985-1986)
    (Board member)
Metro Arson Association (Vice President, 1984, 1985)
Georgia Chapter IAAI Fire Investigator Certification Committee (Chairman, 1985-1991)

Committee Member, IAAI
Independent Investigator, Advisory Committee, (Chairman 2002), (Co-Chairman 2001)
Transportation & Equipment Fire Investigations Committee, (Chairman 2002)
National Fire Protection Association, Member
National Board on Fire Service Professional Qualifications (Registered)

SPECIALIZED TRAINING

| | | |
|---|---|---|
| April 13-18, 2003 | "Fire Investigation Techniques" Training<br>54th Annual Seminar<br>International Association of Arson Investigators<br>Sparks, Nevada | 28 hours |
| September, 2002 | Instructor<br>"Vehicle Investigation - Death & Injury" Training<br>International Association of Arson Investigators<br>Wyoming State Chapter | 20 hours |
| April 6, 2002 | Instructor<br>Midwestern Ohio Fire Investigations Seminar<br>International Association of Arson Investigators<br>Ohio State Chapter | 18 hours |
| March, 2002 | Instructor/Student<br>2002 Advanced Insurance Seminar<br>Missouri Chapter of the National Society of<br>Professional Insurance Investigators | 4 hours |
| February, 2002 | Instructor<br>Automotive I Workshop<br>Product Liability Conference | 4 hours |
| May, 2000 | Vehicle Fire Investigation<br>Georgia Public Safety Training Center | 16 hours |
| 1999 | Instructor/Student, Fort Payne Fall Seminar<br>Alabama Association of Arson Investigators<br>and Georgia Fire Investigators Association | 18 hours |
| 1997, 2001 | Instructor<br>North Carolina/South Carolina State Chapters<br>Joint Training Seminar<br>International Association of Arson Investigators | 64 hours |
| 1999, 1998, 1997, | Instructor/Student, Southeastern Seminar | 160 hours |

Ralph Newell    2

| | | |
|---|---|---|
| 1975, 1974 | International Association of Arson Investigators<br>Georgia State Chapter ( 32 hours per seminar) | |
| 2001, 2000,1998,<br>1997, 1996,1994,<br>1993, 1992(2), 1991,<br>1990,1988, 1987, 1985(3),<br>1983(2) | Instructor/Student, Georgia Fire Investigators Association<br>Fire Investigation Training Seminar (hours vary per seminar) | 241 hours |
| 1988-1989, 1986,<br>1985, 1984, 1981 | Instructor/Student State Fire Marshal's Annual Arson Seminar<br>University of Georgia | |
| 1994 | Georgia Public Safety Training Center<br>Vehicle Fire Investigation Course | 8 hours |
| 1992 | Dalton College Center for Continuing Education<br>Arson Investigation Seminar | 1.9 hours |
| 1981 | Georgia Fire Academy<br>Fire Investigator Short Course | 32 hours |
| 1976 | Alabama Fire Marshal's School<br>University of Alabama | 40 hours |
| 1975 | North Carolina Fire Marshal's Institute<br>Greensboro, North Carolina | 40 hours |
| 1974 | Florida Fire Marshal's School<br>Brevard College, Cocoa, Florida | 18 hours |
| 1974 | Georgia Police Academy<br>National Arson Conference, Rutgers University | 40 hours |
| _____ | In-Service Training, INS Investigations Bureau, Inc.  400 hours<br>Atlanta, Georgia | |

International Association of Arson Investigators
Annual Conferences and Seminars:

| | | |
|---|---|---|
| May 19-24, 2002 | IAAI 53rd Annual Seminar<br>Milwaukee, Wisconsin | 32.5 hours |
| 1995 | Vehicle Fire Investigation Seminar<br>Gulfshores, Alabama | 20 hours |

Ralph Newell   3

| 1991 | IAAI 42nd Annual Seminar New Orleans, Louisiana | 35 hours |
|------|--------------------------------------------------|----------|
| 1989 | IAAI 40th Annual Seminar Clearwater Beach, Florida | 32 hours |
| 1987 | IAAI 38th Annual Seminar Las Vegas, Nevada | 32 hours |
| 1986 | IAAI 37th Annual Seminar Atlanta, Georgia | 32 hours |
| 1985 | IAAI 36th Annual Seminar Vancouver, British Columbia | 32 hours |
| 1984 | IAAI 35th Annual Seminar Clearwater Beach, Florida | 32 hours |

## PRESENTATIONS

Numerous classroom and practical presentations on arson, theft, and fraud detection and investigation.  Presentations given to firemen associations, insurance groups, IAAI, Georgia Chapter IAAI, Georgia Fire Academy.  Guest instructor in Florida, and South Carolina.

## EDUCATION

| 1975 - 1976 | Criminal Justice, Brenau College, Gainesville, Georgia (Need 20 credit hours to obtain a bachelor's degree) |
|-------------|--------------------------------------------------------------|
| 1971 - 1975 | Associate in Science, Gainesville Junior College |
| 1960 | GED Equivalency, U. S. Army |
| 1958 - 1960 | East Hall High School, Gainesville, Georgia |

## MILITARY SERVICE

June, 1960 - July, 1966        U. S. Army, Airborne Infantry

Ralph Newell    4

**PERSONAL**

Date of Birth:                    June 13, 1943
Marital Status:                   Married
Children:                         Two

# WALTER RALPH NEWELL

## **RATES AND CHARGES**

**Hourly Rate**

$250.00 (Fire/Liability Investigations)

**Clerical Rate**

$ 20.00 (Includes all phases of clerical  work)

**Expenses**

Actual  (Includes all out-of-pocket expenses  involving materials, postage and lab work)

**Mileage**

$ .42 per mile

**Photographs**

$ 1.50  per photo (Only photographs included with report.  Copies are $.75 each.)

**Photocopies**

$ .10  per copy

## TRIAL TESTIMONY OF WALTER RALPH NEWELL

May 29, 2003-
June 2, 2003
*Farrar v. Elastomer Industries*
In The District Court In And For Tulsa County
State of Oklahoma
Case No.: CJ-2001-687
NISI No.: 2001-068

June 10 & 11, 2002
*Judy Faircloth v. Toyota*
In the Circuit Court of Fairfax County, Virginia
At Law No.: 197129
NISI No.: 2001-091

June 4-7, 2002
*Alford v. Ford Motor Company*
In the United States District Court
Eastern Division of Texas, Sherman Division
Civil Action No.: 4:00CV213
NISI No.: 2000-033

March 4-7,2002
*Vana Andrews v. Ford Motor Company*
Civil District Court for the Parish of Orleans
State of Louisiana
No.: 92-13762
NISI No.: 2001-050

February 5-7, 2002
*Lisa Hughes and Larry Hughes v. Ford Motor Company*
In The United States District Court
For The Northern District Of Mississippi
Eastern Division
No.: 1:99cv332-D-D
NISI No: 2000-063

January 23-25, 2002
*Vigilant Insuance (Roark) v. Ford Motor Company*
In The Johnson County Superior Court
State of Indiana
Cause No.: 41D01-9202-CT-00106
NISI No.  1998-022

January 22, 2001
*Ronald Howell v. Ford Motor Company*
In The Superior Court For The County of Bibb
State of Georgia
Civil Action No.: 98-CV-2840
NISI No.  1998-108

January 8-11, 2001  ***Ouida Campbell v. Ford Motor Company***
      The Circuit Court of Jackson County, Mississippi
      Case No.: C1-99-0211(3)
      NISI No. 1999-059 - *Brake Pressure Switch* -

September 24, 2000-
October 5, 2000   ***Evan E. Duran v. Ford Motor Company***
      Superior Court Of The State Of California
      County of Sacramento
      No. 98A506360
      NISI No. 1999-079 I - *Fuel Tank* -

August 31, 2000 -
September 5, 2000  ***Mason v. Ford Motor Company***
      In The United States District Court
      For The Northern District of Georgia, Atlanta Division
      No.: 1:99-CV-9459-TWT
      NISI No. 1998-032 I- *Fuel Tank Failure* -

April 19 & 20, 2000  ***Richard Short v. Ford Motor Company***
      In The District Court of Jefferson County, Texas
      136th Judicial District
      Cause No.: D-152,741
      NISI No. 1997-071 I - *Electrical Failure* -

January 24, 2000  ***State of Georgia v. Sheila Bryan***
      In the Superior Court of Colquitt County, State of Georgia
      Criminal Action File No. 97-CR-494
      NISI No. 1996-068 I
      - *Malice Murder; Felony Murder; and Arson in the First Degree*-

January 3, 2000   ***State of Georgia v. Sajid F. Leslie***
      In the Superior Court of Richmond County
      State of Georgia
      Court Case No.: 99RCCR860
      NISI No. 1999-093 I

November 2-4, 1999  ***Richard Short v. Ford Motor Company***
      In The District Court Of Jefferson County, Texas
      136th Judicial District
      Cause No. D-152, 741
      NISI No. 1997-071 I - *Electrical Failure* -

September 27, 1999
**Anita Kantar v. Ford Motor Company**
Superior Court of the State of California in and for the County
of Sacramento
Case No. 98AS03233
NISI No. 1998-104 I

August 31, 1999
**State Farm Mutual Insurance Co. v. Ford Motor Company**
Circuit Court for Anne Arundel County
No. C-97-36249-OC
NISI No. 1998-040 I - *Fuel Leak -*

June 28, 1999
**Edward & Mildred Barnes v. Ford Motor Company**
Circuit Court of Jefferson County, Alabama
Case No. CV-97-2318
NISI No. 1997-049 I - *Ignition Switch -*

June 1, 1999
**Carter v. Ford Motor Company**
State Court for the County of Cobb, State of Georgia
Civil Action No.: 97-A-5175-2
NISI No. 1998-001 I - *Ignition Switch -*

May 11, 1999
**Northbrook Insurance (Brad Scott) v. Ford Motor Company**
Superior Court of the State of California
For the County of Los Angeles
Case No. GC019702
NISI No. 1998-051 I - *Alleged electric door locks -*

April 19, 1999
**Lester S. and Mildred L. Wycoff v. Ford Motor Company**
U.S. District Court, Eastern District of Arkansas
Jonesboro Division
Case No. J-C-97-421
NISI No. 1998-012 I - *Garage Fire -*

February 9, 1999
**Brown County Agricultural Service v. Ford Motor Company**
State of Minnesota, District Court, County of Brown
Fifth Judicial District
Case Nos. C7-94-698 and C4-95-667
NISI No. 1997-093 I - *Ignition Switch -*

January 25, 1999
**LaValley v. Ford Motor Company**
Circuit Court for the County of Wayne
State of Michigan
Case No.: 96-619341-NO
NISI No. 1998-011 I - *Death (Ground Cover) -*

January 13, 1999          ***Jurl Rice and Alfa Mutual Insurance v. Deere & Company***
                          U.S. District Court for the Northern District of Alabama
                          CV-97-S-2395-NE
                          NISI No.  1995-110 I - *Electrical -*

October 19, 1998          ***Treadaway v. Ford Motor Company***
                          U.S. District Court for the Eastern District of Louisiana
                          Civil Action No.: 95-3859
                          NISI No.  1996-007 I - *Fuel delivery system -*

October 12, 1998          ***Ragan v. Ford Motor Company***
                          10th Judicial District Court, Parish of Natchitoches
                          State of Louisiana
                          Case No.: 68,250-B
                          NISI No.  1997-013 I - *Electrical -*

September 21, 1998        ***Boone v. Nissan North America***
                          U.S. District Court for the Wester District of Louisiana
                          Lafayette-Opelousas Division
                          Civil Action No.: 95-00101
                          NISI No.  1996-066 I - *Ground cover fire -*

September 14, 1998        ***Amigh v. Ford Motor Company***
                          U. S. District Court for the Western District of Pennsylvania
                          Civil Action No.:  97-301J
                          NISI No.  1998-036 I - *Alleged electrical fire -*

August 31, 1998          ***State of Georgia v. Sheila Bryan***
                          Superior Court for the County of Colquitt, Criminal Division
                          Case Number:  97-CR-494
                          NISI No.  1996-068 I - *Murder/Arson -*

June 8, 1998             ***Anita Evans v. Ford Motor Company***
                          U. S. District Court for the Western District of Oklahoma
                          CIV-97-0693R
                          NISI 1997-072 I -*Catalytic converter/Exhaust Fire-*

April 9, 1998            ***State of Georgia v. Jack Ernest Power***
                          Superior Court for the County of Elbert, Criminal Division
                          Case Number: 96-OR-140-B
                          NISI No.  1996-074 I - *Arson -*

December 15, 1997        ***State of Georgia v. Sheila Bryan***
                          Superior Court for the County of Colquitt
                          Criminal Number: 97CR-494
                          NISI No.  1996-068 I - *Murder/Arson -*

October 9 & 10,1997
**Hebert v. Ford Motor Company**
City Court Lake Charles, Louisiana; Parish of Calcasieu
Case Number: 95-739
NISI No. 1996-065 I - *Electrical Fire/Wire Harness -*

September 17, 1997
**Thurman/Bryant Electric**
Circuit Court Hamilton County, Tennessee; Division II
Case Number: 89-CV-924
NISI No. 1986-235 I - *Computer -*

June 4-6, 1997
**Cynthia Newell v. Ford Motor Company**
U.S. District Court Southern Mississippi; Jackson Division
Civil Action Number: 3:94CV448-B-N
NISI No. 1996-065 I - *Post Collision Fire -*

May 5, 1997
**Stumpf v. Ford Motor Company**
24th Judicial District; Jefferson Parish, Louisiana
Case Number: 487-418
NISI No. 1996-042 I - *Exhaust System Fire*

April 21-24, 1997
**Staley v. Ford Motor Company**
U.S. District Court Souther District of Ohio; Eastern Division
Case Number: C2-95-307
NISI No. 1995-085 I - *Garage Fire -*

March 31-April 8, 1997
**Hoffman v. Ford Motor Company**
NISI No. 1994-078 I - *Garage Fire -*

March 13 & 14, 1997
**Queen City Foods/Fieldale**
NISI No. 1990-171 I - *Hydraulic Fire -*

March 3, 1997
**D'Amario v. Ford Motor Company**
Circuit Court 6th Judicial Circuit Pinellas County, Florida
Case Number: 93-2290-CI
NISI No. 1994-026 I *Collision Fire -*

December 4, 1996
**Sherry Brown v. Ford Motor Company**
Circuit Court Cook County, Chicago; County Dept./Law Division
Case Number 92L9345
NISI No. 1996-054 I - *Collision Fire -*

November 16, 1996
**Hoffman v. Ford Motor Company**
NISI No. 1994-078 I - *Garage Fire -*

November 15, 1996      ***Terkeurst v. Ford Motor Company***
NISI No. 1996-024 I - *Coolant Fire -*

November 12, 1996      ***Margaret Taylor v. Ford Motor Company***
☐    NISI No. 1995-078 I - *Gasoline Fire -*

November 1, 1996      **Wasilik v. Ford Motor Company**
Circuit Court Baltimore City
Case Number: 95264025 CL202371
NISI No. 1995-105 I - *Collision Fire -*

October 21, 1996      ***Sooner Freight v. Ford Motor Company***
NISI No. 1994-071 I *Employee Fire -*

September 25, 1996      ***Jerry Oglesby v. Alfa Insurance Company***
NISI No. 1994-030 I - *Arson House Fire -*

September 12, 1996      ***Dewayne Hermann v. Georgia Farm Bureau***
NISI No. 1993-082 I - *Arson House Fire -*

May 29, 1996      ***Jennie Demoonie v. Grange Mutual***
NISI No. 1993-140 I - *Arson House Fire -*

May 6, 1996      ***Campbell v. Ford Motor Company***
☐   Circuit Court 1st Judicial District of Jasper County, Mississippi
Case Number: 94-0004 and 94-0026
NISI No. 1994-095 I - *Post Collision Fire -*

1995      ***Turpin v. State of Georgia***
☐   NISI No. 1994-125 I - *Arson/Murder -*

May 8, 1995      ***Marie Clark v. Georgia Farm Bureau***
NISI No. 1993-039 I - *Arson House Fire -*

## DEPOSITION TESTIMONY OF WALTER RALPH NEWELL

November 14, 2003    ***Alfonso Gonzalez v. Ford Motor Company***
In The District Court, 229th Judicial District
Duval County, Texas
No. DC-02-332
NISI No. 2003-081

October 20, 2003    ***Travelers Indemnity Company, A/S/O Outback Steakhouse, Inc., v. AM***
***General Company and Boomershine Hummer, Inc.***
In The State Court of Fulton County, State of Georgia
Civil Action No. 02VS039727B
NISI No.  2003-009

October 14, 2003    ***Cecil E. Dodson v. Town of Smithfield & Ford Motor Company***
State of Rhode Island and Providence Plantations
Superior Court Providence, SC
CA No. PC96-1331
NISI No. 1997-030

September 24, 2003    ***State Farm Fire & Casualty Insurance Company as subrogee of/and***
***Stephen J. Roppollo vs. Encompass Indemnity Company and Robert***
***Maxwell***
22nd Judicial District Court, Parish of St. Tammany
State of Louisiana
Number 2002-12010

August 29, 2003    ***Wayne O. Musick & Judy M. Colvin v. Paccar, Inc.***
In The United States District Court
For The Northwestern District of Alabama
Jasper Division
Case No. CV-01-J-1050-J
NISI No. 2001-051

August 28, 2003    ***Jill Robertson v. General Motors***
In The Circuit Court of Buchanan County, Missouri
Case No. 02CV72308
NISI No. 2003-084

August 27, 2003    ***Cecil E. Dodson v. Town of Smithfield & Ford Motor Company***
State of Rhode Island and Providence Plantations
Superior Court Providence, SC
CA No. PC96-1331
NISI No. 1997-030

August 25, 2003    ***Anh Vo v. Nissan North America***
In The United States District Court
Northern District Of Oklahoma
Case No. 02-CV-0671 EA(C)
NISI No. 2002-131

August 1, 2003    ***Javier & Mary Barrera v. Ford Motor Company***
In The District Court, 365th Judicial District
Maverick County, Texas
Civil Action No. 01-11-17701-MCV
NISI No. 2002-056

June 19, 2003    ***Vernon Miller v. Ford Motor Company***
United States District Court
Western District of Louisiana, Lafayette-Opelousas Division
Civil Action No. 02-1254
NISI No. 2001-104

June 6, 2003    ***Ford Motor Company v. The Whiting Distribution Svc., Inc.***
State of Michigan
In The Circuit Court For The County of Wayne
Case No. 01-107323-NP
NISI No. 2000-113

April 29, 2003    ***John & Shirley Mathes v. Ford Motor Company***
In The Circuit Court of Jackson County, Missouri
At Independence, Division 13
Case No. 02CV-204007
NISI No. 2001-029

April 4, 2003    ***Comp-Air Service v. Ford Motor Company***
United States District Court
Middle District of Florida
Orlando Division
Case No. 6:02-CV-947-ORL-18KRS
NISI No. 2003-014

March 18, 2003    ***Roland Rodriguez v. 1st Transit***
In The District Court, 127th Judicial District
Harris County, Texas
Cause No. 2001-34768
NISI No. 2002-084

March 8, 2003    ***John W. Tunnell v. Ford Motor Company***
In The Circuit Court For Henry County, Virginia
Case No. CL00-153
NISI No. 2002-006

March 4, 2003

**Ronald Allen Hirn v. LandRover, U.K., Ltd.**
In The Statutory Probate Court of Hidalgo, County
State of Texas
Cause No. 28,564-A

January 14, 2003

**Dee N. Kaleo-Williams v. Ford Motor Company**
In The Circuit Court of the Second Circuit
State of Hawaii
Civil No. 01-1-0353(3)
NISI No. 2001-074

January 10, 2003

**Wallace Dwight Putman v. Ford Motor Company**
United States District Court
Eastern District of Louisiana
Civil Action No. 5:01CV1586
NISI No. 2000-092

December 19, 2002

**Richard Farrar v. Elastomer Specialties**
In The District Court In And For Tulsa County
State of Oklahoma
Case No.: CJ-2001-687
NISI No.: 2001-068

November 25, 2002

**Elaine Hinderks v. General Motors**
In The Circuit Court for Jackson County, Missouri
At Independence
Case No.: 01CV 219287, Division 16
NISI No.: 2002-076

July 9, 2002

**Karam Construction v. Ford Motor Company**
In The County Civil Court, Harris County, Texas
At Law No. Two (2)
                    NISI No.: 2001-070

June 28, 2002

**Wall v. General Motors**
In The Circuit Court of Morgan County, Alabama
Civil No. CV 00-244
NISI No.: 2002-033

May 31, 2002

**James K. Hammock v. Nummi**
In The Superior Court for the State of Georgia
County of Upson
Civil Action No.: 99-V-654(JLC)
NISI No.: 2001-021

May 8, 2002

***Denise Gibson v. Ford Motor Company***
24th Judicial District Court, Parrish of Jeffeson
State of Louisiana
No.: 508-791
NISI No.: 1999-101

March 10, 2002

***Timothy Sulak v. Fleetwood Travel Trailers of Texas, Inc.***
20th Judicial Court of Milam County, Texas
Cause No.: 27192
NISI No.: 2000-047

February 25, 2002

***Kenny R. Perales d/b/a Touch of Class Jewelers v. Pizza Hut of America, Inc. v. Unified Investigations & Sciences, Inc. and Joseph Carmichael***
In The United States District Court for the Middle District of Tennessee and Circuit Court for Dickson County, Tennessee
No.: 3:99-1171 and No.: 3:01-0369
NISI No.: 2001-079

February 22, 2002

***Madrid v. General Motors***
In The District Court of the United States
Northern District of Ohio
Eastern Division
Case No.: 1:00 CV 578
NISI No.: 2001-041

January 31, 2002

***Forte v. General Motors***
In The Circuit Court for Barbour County, Alabama
Eufaula Division
Civil Action No.: CV-00-130
NISI No.: 2001-105

September 20, 2001

***Stanley Alford & Elizabeth Alford v. Ford Motor Company***
In The United States District Court, Eastern District of Texas
Sherman Division
Civil Action No.: 4:00CV213
NISI No.: 2000-033

September 19, 2001

***Charlton Cropper v. Daimler Chrysler***
In The United States District Court For The Middle District Of Tennessee
Northeastern Division
Case No.: 2-00-0014
NISI No.: 2000-109

July 10, 2001          ***Dudley H. Thornton v. Ford Motor Company***
                       In The United States District Court For The Eastern District of Texas
                       Beaumont Division
                       Case No.: 1:99CV829
                       NISI No.: 2000-054

July 2, 2001           ***Schmitzer v. Evenflo Company, Inc.***
                       In The Circuit Court Of The 17th Judicial Circuit in and for
                       Broward County, Florida, General Jurisdiction Division
                       Case No.: 99-015339CA21
                       NISI No.: 2000-044

May 8, 2001            ***Patricia Ann Green v. Ford Motor Company & U-Haul***
                       In The United States District Court For The Western
                       District of Virginia; Charlottesville Division
                       Civil Action No.: 3:00CV00049 with 3:00CV00050 & 3:00CV00051
                       NISI No. 2000-065

January 3, 2001        ***Sholanda Williams v. Alabama Power Company***
                       In The Circuit Court of Bullock County, Alabama
                       Case No. CV-98-06
                       NISI No. 1999-069 I  - *Fuel Tank* -

December 20, 2000      ***Ouida Campbell v. Ford Motor Company***
                       The Circuit Court of Jackson County, Mississippi
                       Case No.: C1-99-0211(3)
                       NISI No. 1999-059 I  -*Brake Pressure Switch* -

November 16, 2000      ***Schmidt v. Ford Motor Company***
                       In The Superior Court Of The State Of Arizona
                       For County of Pima
                       Case No.: 336712
                       NISI No. 1999-032 I  - *Electrical* -

October 23, 2000       ***Lisa & Larry Hughes v. Ford Motor Company***
                       In The United States District Court for the Northern District of
                       Mississippi, Eastern Division
                       Civil Action No.: 1:99cv332-D-D
                       NISI No. 2000-063 I  - *Electrical* -

September 7, 2000      ***Lois I. Frye v. Ford Motor Company***
                       In The District Court Of Liberty County, Texas
                       253rd Judicial District
                       No. 56,985
                       NISI No. 1999-045 I  - *Collision/Fuel Delivery* -

August 24, 2000   ***Raymond Fails v. Ford Motor Company***
         In The District Court Of Tarrant County, Texas
         Case No.: 342-176924-99
         NISI No. 1999-010 I  *-Electrical Failure -*

August 15, 2000   ***Evan E. Duran v. Ford Motor Company***
         Superior Court Of The State Of California
         County Of Sacramento
         No.: 98A506360
         NISI No. 1999-079 I  *- Fuel Tank -*

March 20, 2000   ***Marie Valero v. Ford Motor Company***
         In The District Court 216th Judicial District
         Kendall County, Texas
         No. 96-214
         NISI No. 1998-062 I

March 14, 2000   ***Mason v. Ford Motor Company***
         In The United States District Court
         For The Northern District Of Georgia
         Atlanta Division
         No.: 1:99-CV-9459-TWT
         NISI No.: 1998-032 I  *- Fuel Tank Failure -*

March 1, 2000    ***Cannon v. Federal Extradition Agency***
         In The United States District Court For The Middle
         District Of Tennessee; Nashville Division
         No: 3:97-0790 (Catalano)
         NISI No. 1999-020 I *- Fuel Tank Rupture -*

February 1, 2000   ***Carolyn McCleneghen v. Nissan Motor Co. LTD.***
         In the United States District Court for the Southern
         District of Mississippi, Jackson Division
         Civil Action No.: 3:98CV700 LN
         NISI No. 1998-027 I

January 14, 2000   ***Debra Duplechin v. Redman Homes, Inc.***
         United States District Court
         Western District of Louisiana
         Opelousas-LaFayette Division
         Number: CV98-0457 L-O
         NISI No. 1999-098 I

December 22, 1999    ***Howell v. Ford Motor Company***
In the Superior Court for the County of Cobb
State of Georgia
CAFN: 99-10480599
NISI No. 1998-108 I

November 16, 1999    ***Vigilant Insurance (Roark) v. Ford Motor Company***
State of Indiana, County of Johnson
In the Johnson County Superior Court
Cause No. 41D01-9202-CT-00106
NISI No. 1998-022 I

November 8, 1999    ***American Central Insurance Co. & Town of Jonesboro v. Ford Motor Company***
State of Louisiana, Parish of Jackson
2nd Judicial District Court
No. 26.346
No. 26,382
NISI No. 1998-030 I

October 7, 1999    ***Prakash Krishan v. Ford Motor Company***
Superior Court of the State of California
In and for the County of Contra Costa
No.: C97-00737
NISI No. 1997-042 I

September 24, 1999    ***Marcantel v. Ford Motor Company***
U.S. District Court for the Northern District of Oklahoma
File No. 98-CV-527-H(E)
NISI No. 1999-046 I

September 10, 1999    ***John C. Napoli v. Ford Motor Company, et al.***
The State of Texas
68th District Court, Dallas County, Texas
Case No. 9707613-C
NISI No. 1998-069 I

September 9, 1999    ***Gary Kemper, et al. v. Ford Motor Company, et al.***
Commonwealth of Kentucky
Shelby Circuit Court
Civil Action No. 96-CI-00239
NISI No. 1998-053 I

| | |
|---|---|
| August 25, 1999 | **_Madelyn Parks, et al. v. Ford Motor Company, et al._**<br>District Court<br>Hidalgo County, Texas, 206th Judicial District<br>Cause No.  C-6059-97-D<br>NISI No.  1998-028 I |
| July 15, 1999 | **_Mason v. Ford Motor Company_**<br>U.S. District Court for the Northern District of Georgia<br>Atlanta Division<br>Civil Action No.  1:99-CV-0459<br>NISI No.  1998-032 I - _Impact fire_ - |
| June 23, 1999 | **_Anita Kantar v. Ford Motor Company_**<br>Superior Court of the State of California in and for the County<br>of Sacramento<br>Case No.  98AS03233<br>NISI No.  1998-104 I |
| May 3, 1999 | **_Brad Scott v. Ford Motor Company_**<br>Superior Court of the State of California<br>For the County of Los Angeles<br>No. GC019702<br>NISI No.  1998-051 I - _alleged electric door locks_ - |
| April 13, 1999 | **_David Allen Parker v. Ford Motor Company_**<br>Superior Court of the State of California<br>For the County of Santa Barbara<br>No.  SB224504<br>NISI No.  1998-079 I |
| April 6, 1999 | **_Elmer Rubac v. Ford Motor Company_**<br>U.S. District Court for the Western District of Oklahoma<br>No.  CIV-98-7655<br>NISI No.  1998-091 I |
| March 30, 1999 | **_Sandra M. Waligora v. Ford Motor Company_**<br>Circuit Court of the Tenth Judicial Court in and for<br>Jefferson County, Alabama<br>Civil Action No.  CV-2713 |
| March 18, 1999 | **_State Farm Mutual Automobile Insurance Co. v. Ford Motor Company_**<br>Circuit Court for Anne Arundel County<br>No. C-97-36249-OC<br>NISI No.  1998-040 I |

February 10, 1999   ***Lester S. & Mildred L. Wycoff v. Ford Motor Company***
U.S. District Court, Eastern District of Arkansas
Jonesboro Division
No. J-C-97-421
NISI No. 1998-012 I - *Garage Fire* -

February 1, 1999   ***Siler v. Ford Motor Company***
U.S. District Court, Western Division of Washington
At Tacoma
No. C98-5006 RJM
NISI No. 1998-060 I

December 14, 1998   ***Edward & Mildred Barnes v. Ford Motor Company***
Circuit Court of Jefferson County, Alabama
Case No. CV-97-2318
NISI No. 1997-049 I

November 4, 1998   ***Ryan & Elizabeth Hunt v. Ford Motor Company***
Superior Court of the State of California in and for the
County of San Mateo
No. 398 046
NISI No. 1997-048 I

September 28, 1998   ***Carter v. Ford Motor Company***
State Court for the County of Cobb, State of Georgia
Civil Action No.: 97-A-5175-2
NISI No. 1998-001 I - *Ignition switch* -

September 24, 1998   ***Treadaway v. Ford Motor Company***
U.S. District Court for the Eastern District of Louisiana
Civil Action No.: 95-3859
NISI No. 1996-007 I - *Fuel Delivery System* -

September 21, 1998   ***LaValley v. Ford Motor Company***
Circuit Court for the County of Wayne, State of Michigan
File No.: 96-619341-NO
NISI No. 1998-011 I - *Ground Cover Fire* -

July 20, 1998   ***Huff v. Ford Motor Company***
Court of Common Pleas, Hamilton County, Ohio
Case No.: A9707165
NISI No. 1997-055 I - *Alleged electrical fire* -

| | |
|---|---|
| July 14, 1998 | ***Houska v. Ford Motor Company***<br>Circuit Court of the City of St. Louis, State of Missouri<br>Case No.: 962-01527<br>NISI No. 1997-063 I - *Bed liner Static Electricity Fire -* |
| July 8, 1998 | ***Vaughn v. Ford Motor Company***<br>U.S. District Court for the Middle District of Tennessee,<br>Nashville Division<br>Case No.: 3-95-1032<br>NISI No. 1997-028 I - *Post Collision Fire -* |
| June 19, 1998 | ***Bible v. Ford Motor Company***<br>Circuit Court of the First Judicial District of Hinds County, Mississippi<br>Civil Action No.: 251-97-348-CIV<br>NISI No. 1997-059 I - *Electrical -* |
| June 19, 1998 | ***Billow v. Ford Motor Company***<br>U.S. District Court for the Southern District of Mississippi,<br>Jackson Division<br>Civil Action No.: 3:97cv310WS<br>NISI No. 1997-060 I - *Electrical -* |
| May 22, 1998 | ***Ragan v. Ford Motor Company***<br>10th Judicial District Court, Parish of Natchitoches, State of Louisiana<br>Case No.: 68,250-B<br>NISI No. 1997-013 I - *Electrical (Aftermarket) -* |
| May 21, 1998 | ***Short v. Ford Motor Company***<br>District Court of Jefferson County, Texas, 136th Judicial District<br>Case No.: D-152,741<br>NISI No. 1997-071 I - *Transmission overfill -* |
| May 14, 1998 | ***Anita Evans v. Ford Motor Company***<br>Civil Action Number: 97-0693R<br>United State District Court for the Western District of Oklahoma<br>NISI No. 1997-072 I - *Alleged Ignition Switch -* |
| May 4, 1998 | ***Brown Co. Agricultural v. Ford Motor Company***<br>Civil Action Numbers: C794-698 and C4-95-667<br>United States District Court State of Minnesota, County of Brown<br>5th Judicial District<br>NISI No. 1997-093 I - *Alleged Ignition Switch -* |
| April 14, 1998 | ***Jonathan W. Braxton v. Ford Motor Company***<br>Circuit Court At Law for the City of Norfolk,<br>State of Virginia, No. 96-4045<br>NISI No. 1997-069 I - *Alleged Gasoline Leak -* |

March 20, 1998    ***Kip Hunter d/b/a v. Liebherr-America, Inc. Kip Hunter Grading***
United States District Court in the Norther District of Georgia
Atlanta Division,  Civil Action Number: 197-CV-006
NISI No.  1995-036 I - *Bursted Hose* -

March 12, 1998    ***Jurl Rice & Alfa Ins. v. Deere & Company***
United States District Court for the Northern District of Alabama,
Northeastern Division, Civil Action Number: 97-S-2395-NE
NISI No.  1995-110 I - *Electrical Short* -

January 29, 1998    ***Klompien v. Ford Motor Company***
NISI No.  1997-044 I - *Alleged Ignition Switch* -

December 2, 1997    ***Wamsley v. Subaru***
Civil Action Number: 96-14629NP
Circuit Court for the County of Grand Traverse, State of Michigan
NISI No.  1997-025 I - *Alleged Exhaust System Failure*

August 19, 1997    ***Monett v. Ford Motor Company***
NISI No.  1997-038 I - *Post Collision* -

July 30, 1997    ***Hodges v. Ford Motor Company***
☐  NISI No.  1997-056 I - *Post Collision* -

July 17, 1997    ***Locke v. Ford Motor Company***
NISI No.  1997-001 I - *Alleged Ignition Switch* -

May 27, 1997    ***Timmons v. Ford Motor Company***
NISI No.  1996-071 I

February 21, 1997    ***W. Funderburk v. State Farm Insurance***
NISI No.  1994-027 I - *Liability Case/Gasoline* -

January 21, 1997    ***Frankie Moore v. Ford Motor Company***
NISI No.  1994-057 I

January 8, 1997    ***Karen D'Amario v. Ford Motor Company***
☐  NISI No.  1994-026 I - *Collision Fire* -

October 4, 1996    ***Georgia Power v. Civitan Club***
NISI No.  1994-127 I - *Negligence* -

October 3, 1996    ***Petrolane v. Pounds***
NISI No.  1995-092 I

| September 23, 1996 | ***Bracey v. Ford Motor Company***<br>NISI No. 1994-011 I - *Alleged Electrical Fire* - |
| September 18, 1996 | ***Prather/Peach v. Southern States Supply***<br>NISI No. 1994-072 I - *Propane Fire* - |
| August 20, 1996 | ***Sherry Brown v. Ford Motor Company***<br>☐ NISI No. 1996-054 I - *Post Collision* - |
| July 23, 1996 | ***Wasilik v. Ford Motor Company***<br>NISI No. 1995-105 I - *Post Collision* - |
| July 18, 1996 | ***Shirley Brown v. Chrysler***<br>NISI No. 1994-104 I - *Wire Harness Fire* - |
| April 17, 1996 | ***Farmers Insurance v. Ford Motor Company***<br>NISI No. 1996-024 I - *Coolant Fire* - |
| April 9 & 25, 1996 | ***Willetts v. Ford Motor Company***<br>NISI No. 1995-086 I - *Alleged Fuel Fire* - |
| March 28, 1996 | ***Hoffman v. Ford Motor Company***<br>☐ NISI No. 1994-078 I - *Garage Fire* - |
| March 25, 1996 | ***Thomas Leopard v. Georgia Farm Bureau***<br>NISI No. 1994-044 I |
| February 15, 1996 | ***Gary Mashburn v. Georgia Power***<br>NISI No. 1995-023 I |
| February 13, 1996 | ***Staley v. Ford Motor Company***<br>NISI No. 1995-085 I - *Garage Fire* - |
| February, 1996 | ***Plateau Energy v. Ford Motor Company***<br>NISI No. 1995-104 I - *Alleged Electrical Fire* - |
| July 31, 1995 | ***American Data Sales v. Auto Owners***<br>☐ NISI No. 1993-121 I - *Arson* - |
| July 3, 1995 | ***Mair v. Ford Motor Company***<br>NISI No. 1995-048 I |
| January 25, 1995 | ***Miles v. General Motors***<br>- *Alleged Fuel Fire* - |
| January 12, 1995 | ***Shelton v. Ford Motor Company***<br>NISI No. 1994-066 I - *Post Collision* |

## *Ford Motor Company*

**Product Development**

Parklane Towers West, Suite 528
Three Parklane Boulevard
Dearborn, Michigan 48126
FAX: 313-594-4922

11/24/2003

Alison D. Kennamer
Rodriguez, Colvin & Chaney, L.L.P
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 785-7441

Re:     Julio Ramirez v. Ford Motor Company
        1997 F-150 - 1FTEX174VNB59198

Dear Ms. Kennamer

As requested, the following will serve as my report in this matter. I reserve the right to supplement my opinions based upon the receipt of additional information.

**Basis of Opinion:** During my 16+ years at Ford, I have been involved with the conceptual, design, development, manufacturing and assembly processes used to bring automotive products to the marketplace. I have first hand knowledge and understand the various steps undertaken by Ford to ensure that vehicles are designed, manufactured, tested, assembled and delivered in a condition that is safe.

Since 1999, I have worked as a Design Analysis Engineer at Ford. During this time I have examined the design, manufacturing, and testing of Ford Motor Company vehicles.

I have inspected the vehicle on 7/24/2003 and inspected the house on 9/8/2003. The material I have reviewed includes the following:

> Plaintiffs' Complaint
> Deposition of Brownsville Fire Marshal Desiderio Najera. (7/9/2003)
> Brownsville Fire department – Fire Report (8/12/2001)
> Fire Department scene photographs.
> Ralph Newell's inspection photographs (10/09/2002)
> Plaintiffs' answers and responses to defendant's interrogatories and request for production ((8/14/2003)
> Recall – 00S22
> Company maintained information on vehicle (invoice, warranty, etc.)

**Statement of Opinions:** Based upon my education, training, experience and investigative work I performed in this case, I have reached the following opinions. These opinions and conclusions are to a reasonable degree of engineering certainty.

Recall 00S22 was completed on 10/12/2000 at River Bend Ford-Mercury dealer. The vehicle burn patterns show the fire was external coming into the vehicle. Patterns at the radiator show more burn on the outside than the inside. The vehicle tires remain, if it started inside the tires would have been consumed. Examination of the house burn patterns leads to origin of the fire at the air conditioning electrical connection near the center of the house. House wiring near the AC unit in the hallway show beading in a few areas.

Sunil S. Sharma
Design Analysis Department
Ford Motor Company

# CURRICULUM VITAE
(As of 09/28/2002)

**Personal History:**   Name:            Sunil S. Sharma
                        Date of Birth:   November 20, 1962
                        Address:         Three Parklane Blvd. Suite 528
                                         Dearborn, MI 48126

**Education:**   M.S. in Mechanical Engineering, 1987 – University of Michigan, Ann Arbor.
                 B. S. in Mechanical Engineering, 1986  - University of Michigan, Ann Arbor.

Honors and Awards:
      Fellowship Scholarship and Research Assistantship, University of Michigan
      Tau Beti Pi (National Engineering Honor Society)
      Pi Tau Sigma (National Mechanical Engineering Honor Society)

Other:   Ford Engineering Education Program.
         Ongoing:  Engineering Core Skill, Technical, Interpersonal
          and Management Training classes to update and expand
           Technical knowledge base and engineering skills.
         Instructor in Fire Cause and Origin for IAAI and NFPA Seminar
         Accident Reconstruction

**Associations/**   Society of Automotive Engineers, International Association of Arson Investigators
**Memberships:**    National Fire Protection Association,

**Ford Experience:**
- Design Analysis Engineer, Powertrain and Chassis & Electrical Design Analysis, Environmental and Safety staff.
  October 1999 - Present.  (Analysis of vehicles, systems and components).
- Product Design Engineer, Light Truck Engineering, Chassis Fuel Engineering, Explorer Sport and Sport Trac.
  April 1997 – October 1999.  (Design chassis fuel system and components).
- Product Design Engineer, Plant Vehicle Team, Chassis Engineer.
  April 1995 – April 1997.   St. Louis assembly plant  - Fuel, steering and suspension systems.
- Product Design Engineer, Light Truck Engineering
  September 1992 – April 1995.   Steering and Suspension components.
- Product Development Engineer, Light Truck Product Development,
  August 1990 – September 1992. Vehicle dynamics development - ride, steering and handling.
- Product Design Engineer, Light Truck Engineering
  August 1989 – August 1990. Steering wheels and shrouds.
- Ford college graduate program
  August 1987  – August 1989. Vehicle Planning, Vehicle dynamics and Brake design

**Other Experience:**   General Motors (Summer 1985), EGS (Summer 1986)

Testimony by SHARMA                                                12/1/2003                  Page: 1

| DATE | MATTER NAME | MATTER # | TESTIMONY | SUBJECT |
|------|-------------|----------|-----------|---------|
| 10/18/2001 | HOFELD KIMBERLY | 431740 | Arbitration/Mediation Testimony | Fire & Cause |
| 1/7/2002 | WILKINS WILLIAM | 434830 | Expert Deposition | F-150 Fire & Cause |
| 5/21/2002 | CANSINO NELDA ANN | 442501 | 30,B,6 Deposition | Company Rep - Fuel tank sheild |
| 11/7/2002 | RAMIREZ JOSE ANTONIO | 442965 | 30,B,6 Deposition | Fuel lines |
| 11/14/2002 | TUNNELL JOHN W | 450213 | Expert Deposition | Electrical system |
| 1/17/2003 | ELDER RUSSELL | 444166 | Expert Deposition | Fire & cause |
| 2/17/2003 | MATHES JOHN (SON) | 431731 | 30,B,6 Deposition | Crash worthness |
| 4/16/2003 | HUGHES ANNA P | 453518 | Expert Deposition | Fire & Cause |
| 4/30/2003 | RAMIREZ JOSE ANTONIO | 442965 | 30,B,6 Deposition | Fuel Lines |
| 6/6/2003 | WALDROP TYRONE KEVIN | 438356 | 30,B,6 Deposition | F-Series Cross flow |
| 9/2/2003 | JACKSON ULYSSES | 422262 | 30,B,6 Deposition | Remanufactured Alternator |

DAE12.RPT