*12*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ AND | § | |
| GREGORIA RAMIREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-051 |
| | § | |
| FORD MOTOR COMPANY | § | |

TYPE OF CASE:          __X__ CIVIL                          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE TO DETERMINE IF A DAUBERT HEARING IS NECESSARY**

PLACE:                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                              DATE AND TIME:

**MARCH 3, 2004 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    FEBRUARY 19, 2004

TO:      MR. BARRY BENTON
         MS. ALISON KENNAMER
         MR. JAIME SAENZ