13

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

MAR 0 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-03-051 | DATE & TIME: 03-03-04 AT 1:30 P.M. |
| JULIO CESAR RAMIREZ AND GREGORIA RAMIREZ | PLAINTIFF(S)  BARRY BENTON COUNSEL |
| VS. | |
| FORD MOTOR COMPANY | DEFENDANT(S) ALISON D. KENNAMER COUNSEL  JAIME A. SAENZ |

---

Attorneys Barry Benton and Alison Kennamer appeared in chambers.

Daubert Hearing will not be necessary.

Parties are discussing settlement.