h:\ljg\231001237\cert.disc.doc
04-05-04: CPC/iye

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 0 7 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GEORGE STONE and ELLEN STONE | § | |
| | § | |
| VS. | § | CASE NUMBER B03-151 |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |
| and DAVID K. KARR | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

Pursuant to the Texas Rules of Civil Procedure and the U.S. District Court for the Southern District of Texas – Brownsville Division, the undersigned certifies to the Court that ALLSTATE INSURANCE COMPANY, one of the Defendants in the above entitled and numbered cause, has served the following listed discovery instruments on Plaintiffs GEORGE STONE and ELLEN STONE, by and through their attorney of record, in the above-numbered and entitled cause; to-wit,

1. "Defendant Allstate Insurance Company's First Amended Objections and Responses to Plaintiffs' First Requests for Production";
2. "Defendant Allstate Insurance Company's Objections and Answers to Plaintiffs' Amended First Set of Interrogatories"; and
3. documents Bates numbered 0001 through 0171.

1

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD, INC.
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By:_____
LARRY J. GOLDMAN
"Attorney in Charge"
State Bar No. 08093450
Federal Bar No. 341
DOUGLAS E. PENNEBAKER
State Bar No. 00788178
Federal Bar No. 23238
CURTIS P. COTE
State Bar No. 24034391

ATTORNEYS for DEFENDANT
ALLSTATE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure on this 5th day of April, 2004:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520

Ms. Megin Koch
HUNTER & HANDEL
555 N. Carancahua, Suite 1600, Tower II
Corpus Christi, Texas 78478

Mr. Chris Pennebaker
NIELSEN LAW FIRM
2121 Airline Drive, Ste. 200
Metairie, Louisiana 70001

LARRY J. GOLDMAN
DOUGLAS E. PENNEBAKER
CURTIS P. COTE