United States District Court
Southern District of Texas
FILED

MAR 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ and GREGORIA RAMIREZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-051 |
| FORD MOTOR COMPANY | § § | |

**UNOPPOSED JOINT MOTION FOR
ENTRY OF ORDER TO DISMISS WITH PREJUDICE**

TO THE HONORABLE UNITED STATES MAGISTRATE:

COME NOW, Plaintiffs, JULIO CESAR RAMIREZ and GREGORIA RAMIREZ, and Defendant, FORD MOTOR COMPANY, herein, appearing by and through their counsel of record, and file this their Unopposed Joint Motion to Dismiss Plaintiffs' causes of action against Defendant FORD MOTOR COMPANY with prejudice, for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the Parties hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, JULIO CESAR RAMIREZ and GREGORIA RAMIREZ, and Defendant, FORD MOTOR COMPANY, request that the Court enter an Order dismissing all claims against FORD MOTOR COMPANY with prejudice, with costs of court to be borne by each Party incurring such costs.

Respectfully submitted,

By: _____
Barry R. Benton
Texas Bar No. 02176500
S.D. ID No. 3968
284 Ebony Avenue
Brownsville, Texas 78520
(956)546-9900
Fax (956)546-9997

ATTORNEYS FOR PLAINTIFF


By: _____
Alison D. Kennamer
Texas Bar No. 17514859
S.D. I.D. No. 12023
Texas Bar No. 17514859
Jaime A. Saenz
State Bar No. 17514859
S.D. I.D. No. 7630
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF CONFERENCE

      As stated in the Motion, the undersigned has contacted counsel for Plaintiff in this matter and he has stated he is unopposed to same.

                                Alison Kennamer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

>Barry R. Benton
>284 Ebony Avenue
>Brownsville, Texas 78520
>Attorneys for Plaintiffs

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 23rd day of March, 2004.

_____
Alison D. Kennamer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ and<br>GREGORIA RAMIREZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-051 |
| FORD MOTOR COMPANY | § § | |

## ORDER OF DISMISSAL

BE IT REMEMBERED that on this ____ day of _____, 2004, came on before the Court the Unopposed Joint Motion to Dismiss With Prejudice of Plaintiffs, JULIO CESAR RAMIREZ and GREGORIA RAMIREZ, and Defendant, FORD MOTOR COMPANY, and the Court being fully advised, said the Motion should in all things be GRANTED. It is THEREFORE,

ORDERED, ADJUDGED AND DECREED by the Court that the causes of action of Plaintiffs, JULIO CESAR RAMIREZ and GREGORIA RAMIREZ, against Defendant, FORD MOTOR COMPANY, which are all the causes of action being asserted in this case, be dismissed with prejudice, with costs of court to be borne by each Party incurring such costs.

SIGNED FOR ENTRY in Brownsville, Texas, this the _____ day of _____, 2004.

_____
UNITED STATES MAGISTRATE

AGREED AS TO FORM:

_____
Counsel for Plaintiffs

_____
Counsel for Defendant