/16

United States District Court
Southern District of Texas
ENTERED

APR 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIO CESAR RAMIREZ and GREGORIA RAMIREZ | § § § | |
| VS. | § § | **CIVIL ACTION NO. B-03-051** |
| FORD MOTOR COMPANY | § § | |

## ORDER OF DISMISSAL

BE IT REMEMBERED that on this 30ᵗʰ day of MARCH, 2004, came on before the Court the Unopposed Joint Motion to Dismiss With Prejudice of Plaintiffs, JULIO CESAR RAMIREZ and GREGORIA RAMIREZ, and Defendant, FORD MOTOR COMPANY, and the Court being fully advised, said the Motion should in all things be GRANTED.  It is THEREFORE,

ORDERED, ADJUDGED AND DECREED by the Court that the causes of action of Plaintiffs, JULIO CESAR RAMIREZ and GREGORIA RAMIREZ, against Defendant, FORD MOTOR COMPANY, which are all the causes of action being asserted in this case, be dismissed with prejudice, with costs of court to be borne by each Party incurring such costs.

Unopposed Joint Motion & Order of Dismissal

SIGNED FOR ENTRY in Brownsville, Texas, this the __30th__ day of
_____**March**_____, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

AGREED AS TO FORM:

_____
Counsel for Plaintiffs

_____
Counsel for Defendant

Unopposed Joint Motion & Order of Dismissal                                   Page 6